LIONEL Z. GLANCY, #134180
PETER A. BINKOW. #173848
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
Email:        info@glancylaw.com

Attorneys for Plaintiff  Yuval Lapiner
*[Additional Counsel on Signature Page]*

ORIGINAL
FILED

08 MAR -7  PM 2:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

FILED BY FAX

ADR
E-FILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>CAMTEK, LTD., RAFI AMIT AND RONIT DULBERG,<br><br>                          Defendants. | No.<br><br>**C08    01327  MMC**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1.      This is a securities class action on behalf of all persons who purchased or otherwise acquired the common stock of Camtek Ltd.  ("Camtek" or the "Company") between November 22, 2005 and December 20, 2006 (the "Class Period"),  for defendants' violations of the Securities Exchange Act of 1934 ("1934 Act").

2.    Camtek Ltd. engages in the design, development, manufacture and marketing of automated optical inspection ("AOI") systems and related products. AOI systems are computerized systems, which optically inspect various types of electronic product components for manufacturing defects. Camtek's AOI systems are utilized in three industries: (1) printed circuit boards ("PCB"); (2) high-density substrates for interconnection of integrated circuit devices ("IC substrate"); and (3) semiconductor manufacturing and packaging.

3.    During the Class Period, the defendants issued materially false and misleading statements concerning Camtek's business and financial performance. As a result of these misleading statements and failures to disclose, Camtek stock traded at artificially inflated prices during the Class Period.  As a direct result of the market learning of defendants' wrongdoing, the price of Camtek shares declined and plaintiff and the class suffered a loss on their investment in Camtek.

## JURISDICTION AND VENUE

4.    Jurisdiction is conferred by §27 of the 1934 Act. The claims asserted herein arise under §§10(b) and 20(a) of the 1934 Act and SEC Rule 10b-5.

5.    Venue is proper in this District pursuant to §27 of the 1934 Act. Many of the false and misleading statements affected persons this District, and the Company maintains offices in this District at 2000 Wyatt Drive, Suite #4, Santa Clara California 95054.

**PARTIES**

6.      Plaintiff Yuval Lapiner purchased Camtek common stock as described in the attached certification and was damaged thereby.

7.      Defendant Camtek is an Israeli corporation which maintains its principal executive offices at Ramat Gavriel Industrial Zone, P.O. BOX 544, Migdal Ha'Emek, Israel.  The Company engages in the design, development, manufacture and marketing of automated optical inspection systems, which optically inspect various types of electronic product components for manufacturing defects.

8.      Defendant Rafi Amit ("Amit")  is, and at times relevant hereto was, Chairman and Chief Executive Officer of Camtek.

9.      Defendant Ronit Dulberg ("Dulberg")is, since March 19, 2006, and at times relevant hereto was Vice President and Chief Financial Officer of Camtek.

10.      Defendants Amit and Dulberg (collectively, the "Individual Defendants"), because of  their positions with the Company, possessed the power and authority to control the contents of Camtek' quarterly reports, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or

shortly after their issuance and had the ability and opportunity to prevent their

issuance or cause them to be corrected. Because of their positions with the

Company, and their access to material non-public information available to them

but not to the public, Amit and Dulberg knew that the adverse facts specified

herein had not been disclosed to and were being concealed from the public and

that the positive representations being made were then materially false and

misleading. Amit and Dulberg are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

11.    Defendant Camtek Ltd. engages in the design, development,

manufacture and marketing of automated optical inspection ("AOI") systems and

related products. AOI systems are computerized systems, which optically inspect

various types of electronic product components for manufacturing defects.

Camtek's AOI systems are utilized in three industries: (1) printed circuit boards

("PCB"); (2) high-density substrates for interconnection of integrated circuit

devices ("IC substrate"); and (3) semiconductor manufacturing and packaging .

**False and Misleading Statements Issued During the Class Period**

12.    On November 22, 2005, Camtek issued a press release announcing

the Company's third quarter 2005 financial results.  The press release stated in part:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CAMTEK LTD. ANNOUNCES 2005 THIRD QUARTER RESULTS**

MIGDAL HAEMEK, Israel, November 22, 2005 - Camtek Ltd. (NASDAQ: CAMT), today announced results for the third quarter of 2005, which ended on September 30. The company also released initial guidance for the year 2006.

Revenues for the third quarter of 2005 were $17.7 million, 8% below $19.3 million in the third quarter of 2004, and up sequentially 5.8% from $16.8 million reported in the second quarter of 2005. Revenue guidance issued for the quarter was between $16-18 million. The revenue breakdown in the third quarter of 2005 between the sales of PCB, HDI-S and Semiconductor Manufacturing and Packaging products was 53%, 19% and 28%, respectively.

Gross profit for the third quarter of 2005 was $8.5 million, representing a gross margin of 48.2%. This is compared with $10.6 million, or gross margin of 54.8%, as reported in the third quarter of 2004 and $8.3 million, or gross margin of 49.7%, as reported in the previous quarter.

The company reported third quarter net income of $1.5 million, or $0.06 per share, compared to net income of $3.3 million, or $0.12 per share, in the third quarter of 2004, and $1.5 million, or $0.05 per share, in the second quarter of 2005. The third quarter 2004 results include a one-time charge of $1.1 million for the discontinued plan for a secondary public offering.

Rafi Amit, Camtek's CEO commented, "We are pleased with our revenues, coming in at the upper end of our expectations. We are particularly proud of our performance in the semiconductor business, having grown by over 25% from the previous quarter. This strong growth reflects the competitive and technological advantages of the Falcon, as well as the continuing implementation of our strategy, which aims to become a major player in the semiconductor inspection arena. The growth in our semiconductor revenue more than offsets the decline in revenues of PCB inspection products."

---

Mr. Amit continued, "We recently introduced new models of the Falcon which have fed into our increasingly growing order pipeline. The Falcon has been qualified for a number of different applications by some major integrated device manufacturers and wafer foundries. We continue to win side-by-side evaluations against competitors and our orders have included repeat and multiple orders, which are evidence of the customer's perception of the quality and the value of this product line. We believe that the sale of current and future Falcon models will continue on its growth trend in 2006, eventually contributing a greater portion of our revenues than our PCB inspection systems. In the next quarter, we expect total revenues of between US$18-20 million, with continued strong growth from the Falcon."

Mr. Amit concluded, "We believe 2006 PCB sector revenues will remain at around the same level as those of 2005. However, given our significantly strengthening pipeline of Falcon orders and evaluation requests for the next six months, and assuming an unchanged trend in the global semiconductor market, we forecast 2006 Falcon sales growing by 100-150% over 2005. Thus based on these assumptions, we expect total revenues for 2006 to be in the range of US$85-95 million, representing year-on-year growth of between 35-55%."

\* \* \*

13.     On March 2, 2006, Camtek issued a press release announcing the Company's fourth quarter and full year 2005 financial results. The press release stated in part:

CAMTEK ANNOUNCES 2005 FOURTH QUARTER & FULL YEAR RESULTS

Revenues were $19.4m for Q4, $63.0m for 2005; EPS $0.07

First Quarter and Full Year Revenues Guidance Revised Upwards to $22-24m and $90-100m Respectively

---

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

MIGDAL HAEMEK, Israel, March 2 /-- Camtek Ltd. Camtek today announced results for the fourth quarter and twelve months ended December 31, 2005.

The company reported near-record revenues for the fourth quarter of 2005 at $19.4 million, up 10% from $17.6 million in the fourth quarter of 2004, and sequentially up 10% from $17.7 million in the quarter ended September 30, 2005.

Gross profit margin for the fourth quarter of 2005 was 49.5% compared to 53.7% for the fourth quarter of 2004, and 48.2% for the third quarter of 2005.

Net profit for the fourth quarter of 2005 was $2.1 million, or $0.07 per share. This compares to a net profit of $3.0 million, or $0.11 per share, in the fourth quarter of 2004. For the third quarter of 2005, net profit was $1.5 million, or $0.06 per share.

Revenues for the twelve-month period ended December 31, 2005 were $63 million, down 6.5% from $67.4 million for the twelve-month period ended December 31, 2004. Gross profit margin for the year 2005 was 48.0%, compared to a 53.5% margin in 2004.
Net profit for the twelve-month period ended December 31, 2005 was $2.7 million or $0.10 per share, compared to $10.8 million, or $0.39 per share for the twelve-month period ended December 31, 2004.

Rafi Amit, Camtek's CEO, commented, "2005 was a good year for us in spite of its slow start. It marked our breakthrough into the semiconductor manufacturing and packaging industry with Falcon sales reaching $19.8 million. In the fourth quarter alone, revenues from Falcon sales reached $9.1 million. We carried out our ambitious penetration plan and won orders from major semiconductor firms worldwide, including 6 of the top-15 manufacturers. These customers chose the Falcon predominantly for its performance and for Camtek's responsiveness to their needs. Qualification by such corporations with their multiple sites represents a significant potential for follow-on orders with a shorter selling cycle."

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

Mr. Amit added, "In the PCB market, which is still a core business for us, we maintained a strong market position during 2005 in spite of the fierce competition.

We expect an increase in demand in the coming quarters, especially from manufacturers of IC high-density (HDI) substrates and fine-line circuits. We continue to invest R&D efforts in developing advanced capabilities and applications for these segments, where margins are higher and our technological advantages provide us with a greater competitive edge."

Mr. Amit concluded, "2006 has started stronger than anticipated in both our core markets. *We are therefore adjusting our previous first quarter revenue guidance upward from $20-23 million to $22-24 million. Moreover, our strong pipeline and the market feedback we receive, allow us to increase our revenue guidance for the year 2006 from $85-95 million to $90-100 million.* We believe that most of the expected growth will come from the semiconductor manufacturing and packaging industry, while our revenues from the PCB industry should grow moderately."

The company is also announcing that as of March 19, 2006, Mrs. Ronit Dulberg will replace Mr. Moshe Amit as Chief Financial Officer of the Company. Moshe Amit will maintain his current position as Executive Vice President and will handle various tasks as an active member of Camtek's senior management. Rafi Amit said, "We welcome Mrs. Dulberg to Camtek. Joining us at a time of rapid growth, Ronit's skills and vast experience will undoubtedly help her become a major contributor in leading the company toward its goals. Previously, Ronit was Vice President of Finance for Creo Israel, Deputy Managing Director of Finance and Logistics at Micro Swiss Ltd., and CFO for Siemens Data Communication, an Israeli subsidiary of Siemens. Ronit is a CPA, holds a BA in Economics and Accounting, as well as LLM."

* * *

16.    On April 24, 2006, Camtek issued a press release announcing an upward

---

revision in the Company's previously issued second quarter 2006 revenue guidance.

The press release stated:

> **CAMTEK EXPECTS Q1 REVENUES TO EXCEED PREVIOUS EXPECTATIONS**
>
> Anticipates Second Quarter Record Revenues between $26 and 29 Million
>
> MIGDAL HA'EMEK, Israel, April 24, 2006 - **Camtek Ltd.** [] *today announced that it expects its revenues in the first quarter of 2006 to exceed its previously announced range of $22-24 million and reach $24.5-25 million.* That forecast was previously revised upwards from preliminary first quarter guidance, issued in January 2006. For the second quarter of 2006 the Company anticipates revenues of $26-29 million.
>
> Mrs. Ronit Dulberg, Camtek's CFO commented, "These results derived from *strong performance* in the PCB market that exceeded our previous estimates, and from the *continuing growth* of our sales to the semiconductor industry. In the semiconductor inspection market, Camtek has won a number of new and repeat orders from leading semiconductor manufacturers, including new Japanese and European customers."
>
> Camtek also announced that it would release its results for the first quarter of 2006 on Tuesday, May 16 before the market opens.

17.     In response to this news, the price of Camtek shares shot up nearly 23% from the previous day's close of $4.89 per share, to close on April 24, 2006 at $6.01 per share.

18.     Approximately one week later, the Company issued a press release

---

announcing the successful completion of a private placement of 2,525,252 ordinary shares at a price of $5.94 per share, for proceeds of approximately $15 million, together with warrants which are exercisable into an additional 1,262,626 ordinary shares at $6.83 per share during a period of four years, to be issued to the investors following approval of registration for trading of the shares by the Tel Aviv Stock Exchange.  In the press release, CFO Ronit Dulberg claimed that "[t]he Company's strong performance in recent quarters and the potential future growth, enabled us to raise the funds from a position of strength."  In addition, Company CEO Rafi Amit, stated *"This offering is a testament to the confidence by the capital markets in Camtek future prospects. ... The trends we are seeing in the market and the acceptance of our products lead us to be optimistic about the future of the company and its growth prospects."* [Emphasis added.]

19.     On May 16, 2006, Camtek issued a press release announcing the Company's first quarter 2006 financial results. The press release stated in part:

CAMTEK LTD. ANNOUNCES RECORD FIRST QUARTER 2006 RESULTS

Record quarterly revenues of $24.9 million

Net income of $4.4 million, up 115% sequentially
Adjusts 2006 revenue guidance upwards to $100 – 110 million

MIGDAL HAEMEK, Israel – May 16, 2006 – Camtek Ltd. (NASDAQ:

CAMT), today announced results for the first quarter ended March 31, 2006.

Highlights of the first quarter

> * Achieved record revenues of $24.9 million, a 28% sequential growth.

> * Record net income reaching $4.4 million, a 115% sequential increase.

> * Strong growth in gross, operating and net margins.

Revenues for the first quarter of 2006 were $24.9 million, 172% above the $9.1 million as reported in the first quarter of last year, and sequentially up 28% from the $19.4 million as reported in the fourth quarter of 2005.

Gross profit for the first quarter of 2006 was $13.1 million, representing a gross margin of 52.5%. This is compared with gross profit of $3.8 million or gross margin of 41.2%, as reported in the first quarter of last year and gross profit of $9.6 million, or gross margin of 49.5% as reported in the fourth quarter of 2005.

Operating profit for the first quarter of 2006 was $4.4 million representing an operating margin of 17.8%, and was up 120% from the operating profit of $2.1 million or 10.8% operating margin as reported in the prior quarter. In the first quarter of last year, the Company reported an operating loss of $2.0 million.

First quarter net income was $4.4 million or 16 cents per diluted share, representing a net margin of 17.8%. This compares with a net loss of $2.4 million, or 9 cents loss per diluted share as reported in the first quarter of 2005. First quarter 2006 net income grew by 115% over fourth quarter 2005 net income of $2.1 million, or 7 cents per share, which represented a net margin of 10.6%.

"This was another record quarter – our third in a row," commented Rafi Amit, Camtek's CEO. "We increased our sales both to the PCB/HDI and to the semiconductor industries and registered a positive cash flow. The Falcon, our line of wafer inspection systems for the semiconductor industry, continued its penetration in the market and solidified its position as a leading product among top-tier manufacturers. In parallel to our continuing activity in developing the Falcon's future generations, we are focusing R&D efforts in the high-end of the PCB industry, where margins are higher and our technological advantages give us an edge. This positions us very well for the coming years."

Ronit Dulberg, Camtek's CFO added, "Our current order stream allows us to comfortably reiterate our revenue guidance of $26-29 million for the second quarter. Furthermore, based on the satisfying results of the first quarter, the demand levels for our products, and our reading of the marketplace, we estimate at this point that our *revenues in 2006 are likely to exceed our previous guidance* and fall in the range of $100-110 million."

\* \* \*

20.     In response to this positive news, the price of Camtek shares shot up 10% from the previous day's close, to close on May 16, 2006 at $7.18 per share – a Class Period high – on extremely heavy trading volume of more than 2.1 million shares traded.

21.     On August 7, 2006, Camtek issued a press release announcing the Company's second quarter 2006 financial results. The press release stated in part:

CAMTEK LTD. ANNOUNCES RECORD RESULTS FOR Q2 2006

Camtek Achieved Record Revenues of $27.9 Million

Record Gross Profit of $15.2 million and Record Net Income of $5.2

---

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

million, with $0.17 EPS

MIGDAL HAEMEK, Israel – August 7, 2006 – Camtek Ltd. (NASDAQ: CAMT), today announced record results for the second quarter ended June 30, 2006.

Revenues for the second quarter of 2006 were $27.9 million, 67% above $16.8 million in the second quarter of 2005, and up 12% sequentially from $24.9 million reported in the first quarter of 2006.

Gross profit margin for the second quarter of 2006 was 54.6%, compared to 49.7% for the second quarter of 2005, and 52.5% for the first quarter of 2006.

The Company reported second quarter net income of $5.2 million, or $0.17 per diluted share, compared to a net income of $1.5 million, or $0.05 per diluted share, in the second quarter of last year, and $4.4 million, or $0.16 per diluted share, in the first quarter of 2006.

Rafi Amit, Camtek's CEO, commented: "Camtek's operational and financial performance excelled this quarter. We continued building our strong position in the semiconductor manufacturing and packaging industry as our revenues from this industry reached $13 million and contributed 47% of our total revenues. We continue to see the same level of activity as last quarter in the PCB and HDI-S markets, which contributed $14.9 million to our revenues."

Mr. Amit continued, "In parallel to our activities of supporting our growth, we have been developing new capabilities for all our served markets. We will announce a few of these capabilities in the near future."

Mrs. Ronit Dulberg, Camtek's CFO, added, "We are very pleased to have achieved the targets we have set for ourselves in terms of revenues, margins and profitability, which are the highest quarterly results we have ever recorded . It is worth noting that while we have been investing significant resources in expanding the organization, we were still able to record a positive operating cash flow of $3.4 million since the beginning

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

of the year."

Mr. Amit concluded, "Given our performance in the first half of the year, our current activity level and the signals we are receiving from our marketplaces, we feel comfortable with our previously updated guidance of $100-110 million revenues for the year. At this point we can estimate our third quarter revenues at the range of $26-30 million".

* * *

22.    On November 9, 2006, Camtek issued a press release announcing the Company's third quarter 2006 financial results. The press release stated in part:

CAMTEK LTD. ANNOUNCES RESULTS FOR THIRD QUARTER OF 2006
Revenues $26.3 Million; Gross Profit $14 million; Net Income $4.2 million
Reaffirming 2006 Revenue Guidance

MIGDAL HAEMEK, Israel, November 9, 2006 - Camtek Ltd. (NASDAQ: CAMT; TASE: CAMT), today announced financial results for the third quarter ended September 30, 2006.

Revenues for the third quarter of 2006 were $26.3 million, 48% above $17.7 million in the third quarter of 2005, and sequentially 6% below the $27.9 million reported in the second quarter of 2006.

Gross profit margin for the third quarter of 2006 was 53.2%, compared to 48.5% for the third quarter of 2005, and 54.6% for the second quarter of 2006.
The Company reported third quarter net income of $4.2 million, or $0.13 per diluted share, compared to a net income of $1.5 million, or $0.06 per diluted share, in the third quarter of last year, and $5.2 million, or $0.17 per diluted share, in the second quarter of 2006.

"We are excited about our further progress toward achieving our

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

revenue goal for this year," commented Rafi Amit, Camtek's CEO. "This quarter's results reaffirm that we are well poised to achieve that ambitious target. Based on our current view of our markets, *we expect revenues in the next quarter to come within 5% of the third quarter revenue level, bringing Camtek's expected annual growth to 65%-70% over 2005 revenues.* Furthermore, we have supported the expansion of our organization without sacrificing our profitability."

Mr. Amit continued, "*Sales of Falcon, our wafer inspection systems for the semiconductor manufacturing and packaging industries, continued to be strong, with repeat orders from key customers and multiple orders from Asian facilities. We also added new strategic customers such as Samsung Electro Mechanics of Korea.* We believe that the same factors that catapulted the Falcon sales in the past two years will continue to drive it ahead in the foreseeable future. To maintain and expand our competitive edge, we enhanced the Falcon's 3D capabilities, advancing our leadership position in the bumped wafer 3D metrology market. We also augmented the Falcon's compatibility with factory automation environment with the successful implementation of the SECS/GEM communication protocols, which opens the door to new customers."

"In the PCB and HDI-S inspection arena, we are planning to launch several new products in the coming months. These new products approach new segments and maintain our technology leadership position. One new Pegasus model is currently undergoing customers' evaluations with promising results. We anticipate the contribution of these products to our revenues in the coming quarters," concluded Mr. Amit.

\* \* \*

**Disclosures at the End of the Class Period**

23.     Then, on December 21, 2006, Camtek issued a press release

announcing preliminary financial results for fourth quarter 2006.  The Company

---

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

announced that fourth quarter revenue and earnings were expected to be lower than anticipated "due to lower revenues in the semiconductor segment." Among other things, the Company announced expected fourth quarter revenues to range between $19 and $21 million. The press release stated, in relevant part, as follows:

**CAMTEK REPORTS PRELIMINARY INFORMATION ON EXPECTED REVENUES FOR THE FOURTH QUARTER OF 2006**

Fourth Quarter Expected Revenue Range: $19 to $21 Million

MIGDAL HA'EMEK, Israel, December 21 - Camtek Ltd. (Nasdaq, TASE: CAMT) reported today that it expects to report revenues for fourth quarter of 2006 between $19 and $21 million. The revenues for the fourth quarter are expected to be lower than anticipated due to lower revenues in the semiconductor segment.

Camtek will report its financial results for the fourth quarter and full year of 2006 in mid February 2007.

Rafi Amit, Camtek's CEO, commented: "Our fourth quarter decline in anticipated revenues is a result of lower than expected sales in our semiconductor business, which is characterized by a small number of orders, each of substantial size. After a year of exceptional growth in semiconductor capacity, we encountered a situation where a few of our customers delayed their purchasing decisions, while a few others requested to defer delivery of their orders to subsequent quarters.

We believe this lower revenue level in our semiconductor business is not indicative of the upcoming quarters. Nevertheless we are taking precautionary steps to ensure that we maintain our profitability in the coming quarters. This includes a tight monitoring of our expense

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

Page 16

levels such as a temporary freeze of hiring activities."

Mr. Amit continued, "2006 has still been a very good year for us and the strongest in our history from a revenue and profitability point of view. Despite our revised guidance range for the fourth quarter, we exceeded our original expectations by a wide margin. Our growth in revenues has been about 60% over that of last year."

* * *

24.    This news shocked the market, causing shares of Camtek to plummet $1.28 per share – a more-than-22% drop from the previous day's closing price of $5.77 per share – to close on December 21, 2006 at $4.49 per share on unusually heavy volume of more than 1.4 million shares traded.

**Post-Class Period Disclosures**

25.    Three months later, Camtek continued its downward slide when the Company issued a press release dated March 20, 2007, announcing disappointing financial results for fourth quarter 2006. The company reported a net loss of $2.2 million, or $0.07 per share – compared with a third-quarter net *profit* of $4.2 million, or $0.14 per share, and a net profit of $2.1 million, or $0.07 per share, for the same period in the prior year.

26.    Then, on April 10, 2007, Camtek issued a press release announcing a downward revision of the Company's first quarter 2007 revenue guidance.

CAMTEK REPORTS PRELIMINARY INFORMATION ON EXPECTED REVENUES FOR THE FIRST QUARTER OF 2007

1

2    First Quarter Revenues Expected to be approximately $14 Million
     MIGDAL HA'EMEK, Israel, April 10, 2007. - Camtek Ltd. (Nasdaq,
3    TASE: CAMT) reported today that it expects to report revenues for first
4    quarter of 2007 of approximately $14 million. The exact amount of
     revenues is subject to final adjustment and review by the Company's
5    auditors.

6

7    Rafi Amit, Camtek's CEO, commented: "One of the main reasons to our
     shortfall of revenues to the PCB market was a longer than anticipated
8    sales process into China following the Chinese New Year holidays,
9    which were late this year. This pushed a number of sales to the end of
     the quarter, and we were not able to achieve all the needed criteria to
10   recognize revenues within the quarter. Orders of semiconductor systems
11   were also delayed, which added to the revenue shortfall.

12
     As we previously reported, we believe that, based on inputs from our
13   customers, we see a shift in the PCB market and expect an increased
14   demand for our products in the second quarter of 2007 and a further
     increase in demand for our semiconductor products in the second half
15   of the year."

16
         27.    During the Class Period, the defendants knew but recklessly disregarded
17

18   and failed to disclose the investing public that: (i) the Company lacked requisite

19   internal controls, and (ii) misrepresented the Company's business and future

20
     prospects. Thus, the Company had no reasonable basis to make projections about its
21

22   financial results. As a result, defendants' Class Period statements concerning the

23   Company's business and future prospects were, at minimum, reckless.

24
         29.    As a result of defendants' misleading statements and failure to
25

26   disclose, Camtek stock traded at inflated levels during the Class Period. However, As

27
     ————————————————————————————————————————————
28        CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS
                                                                    Page 18

a direct result of the market learning of defendants' wrongdoing, the price of Camtek shares declined and plaintiff and the class suffered a loss on their investment in Camtek.

## ADDITIONAL SCIENTER ALLEGATIONS

30.     As alleged herein, defendants acted with scienter in that defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading, knew that such statements or documents would be issued or disseminated to the investing public, and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, defendants, by virtue of their receipt of information reflecting the true facts regarding Camtek, their control over, and/or receipt and/or modification of Camtek's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Camtek, participated in the fraudulent scheme alleged herein.

31.     Defendants were further motivated to engage in this course of conduct in order to generate proceeds from a private placement with institutional investors whereby the Company reaped approximately $15 million in proceeds.

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

**LOSS CAUSATION**

32.    By misrepresenting Camtek's financial performance, defendants presented a misleading picture of Camtek's business and prospects. Thus, instead of truthfully disclosing during the Class Period that Camtek's business was not as healthy as represented, defendants failed to disclose the Company's financial position.

33.    These material omissions caused and maintained the artificial inflation in Camtek's stock price throughout the Class Period and until the true facts were revealed to the market.

34.    Defendants' misleading statements and omissions had the intended effect and caused Camtek stock to trade at artificially inflated levels throughout the Class Period.

35.    The public revelations regarding the truth about Camtek's business and financial performance, when disclosed to the market, caused the value of the Company's securities to decline, thereby damaging plaintiffs and the Class.

**COUNT I**

**Breach of Fiduciary Duty**

36.    Plaintiff repeats and realleges each and every allegation described above as if fully set forth herein.

37.    Defendants owed a fiduciary duty to the Class, as purchasers and owners of Camtek stock.

38.    Defendants, by means of the foregoing misleading statements and omissions, breached their fiduciary duty to the Class.

## COUNT II

### For Violation of §10(b) of the 1934 Act and Rule 10b-5
### Against All Defendants

39.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

40.    During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

41.    Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

(a)    employed devices, schemes and artifices to defraud;

(b)    made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the

---

circumstances under which they were made, not misleading; or

        (c)    engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Camtek common stock during the Class Period.

      42.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Camtek common stock. Plaintiff and the Class would not have purchased Camtek common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

## COUNT III

### For Violation of §20(a) of the 1934 Act
### Against All Defendants

      43.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

      44.    The Individual Defendants acted as controlling persons of Camtek within the meaning of §20(a) of the 1934 Act. By reason of their positions with the Company, and their ownership of Camtek stock, the Individual Defendants had the power and authority to cause Camtek to engage in the wrongful conduct complained of herein. Camtek controlled the Individual Defendants and all of its

---

CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

1  employees. By reason of such conduct, defendants are liable pursuant to §20(a) of the

2  1934 Act.

3

4  ## CLASS ACTION ALLEGATIONS

5      45.     Plaintiff brings this action as a class action pursuant to Rule 23 of the

6
7  Federal   Rules of Civil Procedure on behalf of all persons who purchased or

8  otherwise acquired Camtek common stock during the Class Period (the "Class").

9      46.     The members of the Class are so numerous that joinder of all

10
11 members is   impracticable. The disposition of their claims in a class action will

12 provide substantial benefits to the parties and the Court. Camtek has more than 30

13
14 million shares of stock outstanding, owned by hundreds if not thousands of persons.

15     47.     There is a well-defined community of interest in the questions of law

16 and fact involved in this case. Questions of law and fact common to the members of

17
18 the Class which predominate over questions which may affect individual Class

19 members include:

20         1.       whether the 1934 Act was violated by the defendants;

21
22         2.       whether defendants omitted and/or misrepresented material

23 facts;

24         (c)      whether defendants' statements omitted material facts

25
26 necessary to make the statements made, in light of the circumstances under which

27

28

1  they were made, not misleading;

2          (d)     whether defendants knew or deliberately disregarded that his

3

4  statements were false and misleading;

5          (e)     whether the price of Camtek common stock was

6

7  artificially inflated; and

8          (f)     the extent of damage sustained by Class members and the

9

10 appropriate measure of damages.

11     48.     Plaintiff's claims are typical of those of the Class because plaintiff

12 and the Class sustained damages from defendants' wrongful conduct.

13     49.     Plaintiff will adequately protect the interests of the Class and has

14

15 retained counsel who are experienced in class action securities litigation. Plaintiff has

16 no interests which conflict with those of the Class.

17     50.     A class action is superior to other available methods for the fair and

18

19 efficient adjudication of this controversy.

20                          **PRAYER FOR RELIEF**

21

22 WHEREFORE, plaintiff prays for judgment as follows:

23          A.      Declaring this action to be a proper class action pursuant to

24
   Fed. R. Civ.P. 23;
25

26          B.      Awarding plaintiff and the members of the Class damages,

27

---

28

1  including interest;

2       C.    Awarding plaintiff reasonable costs and attorneys' fees; and

3

4       D.    Awarding such equitable/injunctive or other relief as the Court

5  may deem just and proper.

6                              **JURY DEMAND**

7

8       Plaintiff demands a trial by jury.

9  Dated: March 7, 2008          **GLANCY BINKOW & GOLDBERG LLP**

10

11                              By: _____

12                                   Peter A. Binkow
                                    Lionel Z. Glancy
13                                  1801 Avenue of the Stars, Suite 311
14                                  Los Angeles, California 90067
                                    Telephone: (310) 201-9150
15                                  Facsimile: (310) 201-9160

16

17                              **THE LAW OFFICE OF JACOB SABO**
                                 Jacob Sabo
18                               The Tower No. 3 Daniel Frisch Street
19                               15th Floor
                                 Tel Aviv, Israel 64731
20                               Telephone: 011 972 3 607 88 88
21                               Facsimile: 011 972 3 607 88 89

22                              *Attorneys for Plaintiff*

23

24

25

26

27

28   CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

Page 25

**THE LAW OFFICE OF JACOB SABO**
**SWORN CERTIFICATION OF PLAINTIFF**
**CAMTEK LTD. SECURITIES LITIGATION**

I, _____Yuval Lapiner_____, on behalf of

_____, certify that:

     1.    Plaintiff has reviewed the Complaint against CAMTEK LTD., and certain of its officers and directors, approves of its contents, and adopts the allegations therein.

     2.    Plaintiff did not purchase CAMTEK LTD., the security that is the subject of this action, at the direction of Plaintiff's counsel or in order to participate in any private action arising under this title.

     3.    Plaintiff is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

     4.    Plaintiff's transactions in CAMTEK LTD. during the Class Period set forth in the Complaint are as follows:

     SEE ATTACHED EXHIBIT A

     5.    Plaintiff has not served as a representative party on behalf of a class under this title during the last three years, except as indicated below:

_____

     6.    Plaintiff has not and will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

     I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: February **26**, 2008     Yuval. Lapiner

# EXHIBIT A

## Plaintiff's Transactions in Camtek, Ltd.

| Trade Date | Transaction | Quantity | Price |
|---|---|---|---|
| 1/18/2006 | BUY | 100 | $4.97 |
| 1/18/2006 | BUY | 3,600 | 4.98 |
| 1/18/2006 | BUY | 5,000 | 4.96 |
| 1/18/2006 | BUY | 1,300 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.95 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/18/2006 | BUY | 5,000 | 4.94 |
| 1/30/2006 | SELL | -300 | 5.16 |
| 1/30/2006 | SELL | -300 | 5.16 |
| 1/30/2006 | SELL | -800 | 5.15 |
| 1/30/2006 | SELL | -4,200 | 5.16 |
| 1/30/2006 | SELL | -4,700 | 5.15 |
| 1/30/2006 | SELL | -4,700 | 5.15 |
| 1/31/2006 | SELL | -500 | 5.12 |
| 1/31/2006 | SELL | -4,500 | 5.11 |
| 1/31/2006 | SELL | -5,000 | 5.10 |
| 1/31/2006 | SELL | -5,000 | 5.10 |
| 1/30/2006 | BUY | 5,000 | 5.15 |
| 1/30/2006 | BUY | 5,000 | 5.15 |
| 1/30/2006 | BUY | 186 | 5.06 |
| 1/31/2006 | BUY | 5,000 | 5.11 |
| 1/31/2006 | BUY | 5,000 | 5.10 |
| 1/31/2006 | BUY | 5,000 | 5.10 |
| 2/6/2005 | SELL | -4,986 | 5.21 |
| 2/6/2005 | BUY | -200 | 5.22 |
| 3/31/2006 | BUY | 5,000 | 4.82 |
| 5/24/2006 | BUY | 900 | 6.22 |
| 5/24/2006 | BUY | 3,800 | 6.26 |
| 5/24/2006 | BUY | 4,100 | 6.22 |
| 5/24/2006 | BUY | 5,000 | 6.25 |
| 5/16/2006 | BUY | 5,000 | 6.18 |
| 5/19/2006 | BUY | 15,000 | 7.50 |
| | BUY | 120 | 6.53 |
| 5/19/2005 | BUY | 4,880 | $6.54 |
| 5/23/2006 | BUY | 400 | 6.55 |
| 5/23/2006 | BUY | 4,600 | 6.56 |
| 5/23/2006 | BUY | 1,200 | 6.56 |
| 5/24/2006 | SELL | -5,000 | 6.18 |
| 6/2/2006 | SELL | -3,200 | 6.6 |
| 6/2/2006 | SELL | -5,000 | 6.63 |
| 6/2/2006 | SELL | -2,000 | 6.67 |
| 6/2/2006 | SELL | -2,900 | 6.68 |
| 6/2/2006 | SELL | -5,000 | 6.69 |
| 6/2/2006 | SELL | -100 | 6.7 |
| 7/3/2006 | SELL | 3,744 | 5.92 |
| 8/4/2006 | BUY | 3,744 | 6.5 |
| 8/7/2006 | BUY | 5,456 | 6.4 |
| 8/7/2006 | BUY | 5,000 | 6.35 |
| 11/9/2006 | SELL | -5,000 | 5.6 |
| 11/9/2006 | SELL | -5,000 | 5.75 |
| 11/9/2006 | SELL | -3,400 | 5.82 |
| 11/9/2006 | SELL | -6,600 | 5.59 |
| 11/10/2006 | SELL | -4,900 | 5.7 |
| 11/13/2006 | SELL | -5,000 | 5.77 |
| 11/16/2006 | SELL | -4,100 | 5.95 |
| 12/12/2006 | SELL | -6,000 | 5.99 |
| 1/4/2007 | SELL | -5,000 | 4.40 |
| 1/4/2007 | SELL | -5,000 | 4.40 |
| 1/4/2007 | SELL | -1,137 | 4.40 |
| 1/17/2007 | SELL | -2,863 | 4.45 |
| 1/17/2007 | SELL | -8,489 | 4.40 |
| 1/17/2007 | SELL | -4,000 | 4.44 |
| 1/17/2007 | SELL | -511 | 4.44 |
| 1/22/2007 | SELL | -4,000 | 4.50 |
| 1/22/2007 | SELL | -500 | 4.50 |
| 1/23/2007 | SELL | -2,400 | 4.50 |
| 1/24/2007 | SELL | -3,000 | 4.47 |
| 1/24/2007 | SELL | -3,000 | 4.47 |