# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**ADR**

YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,

v. **E-FILING**

CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C08 01327

TO: (Name and address of defendant)

CAMTEK LTD., RAFI AMIT and RONIT DULBERG,
Ramat Gavriel Industrial Zone,
P.O. Box 544,
Migdal Ha'Emek, Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GLANCY BINKOW and GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR - 7 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK