LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Attorneys for Plaintiff and
Proposed Co-Lead Counsel

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. 08-cv-01327-MMC<br><br>**DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**<br><br>Date: June 13, 2008<br>Time: 9:00 a.m.<br>Hon. Maxine M. Chesney |

I, Lionel Z. Glancy, hereby declare as follows:

1.      I am a partner of Glancy Binkow & Goldberg LLP, counsel for Yuval Lapiner ("Movant").

2.      Movant seeks to be appointed as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned action (the "Action").

No. 3:07-cv-00374-JSW: DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF
MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL

Page 1

3.      I submit this Declaration, together with the attached exhibits, in support of the motion of Yuval Lapiner to appoint him to serve as Lead Plaintiff on behalf of the class in the Action and to approve Movant's choice of Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo as Co-Lead Counsel.  I am fully familiar with the facts set forth herein.

4.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release published on March 10, 2008, on *Prime Newswire* announcing pendency of the lawsuit commenced by Yuval Lapiner, et al., against defendants herein.

Exhibit B:     Sworn shareholder certification of Yuval Lapiner.

Exhibit C:     Tables reflecting the calculated losses incurred by Yuval Lapiner as a result of transactions in Camtek Ltd. securities.

Exhibit D:     Firm resumé of Glancy Binkow & Goldberg LLP.

Exhibit E:     Firm resumé of  The Law Office of Jacob Sabo.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.  Executed this 9th day of May, 2008, at Los Angeles, California.


          /s/ ***Lionel Z. Glancy***
                Lionel Z. Glancy

No. 3:07-cv-00374-JSW: DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF
MOTION OF YUVAL LAPINER  FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL

Page 2

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW(#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | Master File No. 08-cv-01327-MMC<br><br><br>**PROOF OF SERVICE** |

1

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

2

3      I, the undersigned, say:

4      I am a citizen of the United States and am employed in the office of a member of the Bar

5 of this Court.  I am over the age of 18 and not a party to the within action.  My business address

6 is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

7      On May 9, 2008, I served the following by posting such documents electronically to the

8 ECF website of the United States District Court for the Northern District of California:

9

| | |
|---|---|
| 10<br>11 | **1** | **NOTICE OF MOTION AND MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| 12<br>13 | **2** | **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |
| 14<br>15 | **3** | **[PROPOSED] ORDER GRANTING MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |

16

17      on all ECF-registered parties in the action and, upon all others not so-registered but

18 instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage

19 thereon fully prepaid in the United States mail at Los Angeles, California.  They are:

20                          <u>SEE SERVICE LIST</u>

21      Executed on May 9, 2008, at Los Angeles, California.

22      I certify under penalty of perjury that the foregoing is true and correct.

23

24

25                          */s/ Daniel C. Rann*

26                          **Daniel C. Rann**

27

28

1

## SERVICE LIST

2

### Electronically to all ECF-Registered Entities

3

4

There are no registered parties as of this date

5

### By U.S. Mail To All Known Non-ECF Registered Entities

6

7

Camtek, Ltd.
USA Headquarters, PCB Inspection Products
8
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
9
Tel: (800) 986-9540

10

Rafi Amit
c/o Camtek, Ltd.
11
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
12
Tel: (800) 986-9540

13

Ronit Dulberg
c/o Camtek, Ltd.
14
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
15
Tel: (800) 986-9540

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Yahoo! My Yahoo! Mail

Search: [                    ] **Web Search**

**YAHOO!** FINANCE   **Sign In**   Finance Home - Help   PrimeNewswire
New User? Sign Up

**Welcome** [Sign In]                               To track stocks & more, Register

**Financial News**

Enter symbol(s) [            ] Basic   ▼ Get   Symbol Lookup

Press Release                                            Source: Law Office of Jacob Sabo

# The Law Office of Jacob Sabo, Representing Investors Who Purchased Camtek Ltd., Announces Class Action Lawsuit and Seeks to Recover Losses -- CAMT

Monday March 10, 2:00 pm ET

LOS ANGELES, March 10, 2008 (PRIME NEWSWIRE) -- Notice is hereby given that The Law Office of Jacob Sabo has filed a Class Action lawsuit in the United States District Court for the Northern District of California on behalf of a class (the ``Class'') consisting of all persons or entities who purchased or otherwise acquired the common stock of Camtek Ltd. (``Camtek'' or the ``Company'') (NasdaqGM: CAMT - News) between November 22, 2005, and December 20, 2006, inclusive (the ``Class Period'').

A copy of the Complaint is available from the court or from The Law Office of Jacob Sabo, Tel Aviv, Israel. Please contact us by phone to discuss this action or obtain a copy of the Complaint at (011) 972-3-6078888 or by email at sabolaw@inter.net.il.

The Complaint charges Camtek and certain of the Company's executive officers with violations of federal securities laws. Among other things, plaintiff claims that defendants' material omissions and dissemination of materially false and misleading statements concerning Camtek's business and prospects caused the Company's stock price to become artificially inflated, inflicting damages on investors. Camtek Ltd. engages in the design, development, manufacture and marketing of automated optical inspection systems and related products which are utilized in the printed circuit board (``PCB'') and semiconductor industries to optically inspect various types of electronic product components for manufacturing defects.

The Complaint alleges that during the Class Period, defendants artificially inflated the price of Camtek shares by issuing statements touting positive trends in the PCB and semiconductors markets and the strength of Camtek's business and financial performance, but that defendants: (i) knew or recklessly disregarded and failed to disclose to the investing public that the Company lacked requisite internal controls, and (ii) misrepresented the Company's business and future prospects. Thus, the Company had no reasonable basis to make projections about its financial results, and as a result, defendants' Class Period statements concerning the Company's business and future prospects were, at minimum, reckless. The Complaint further alleges that defendants were further motivated to engage in this course of conduct in order to generate proceeds from a private placement with institutional investors in April 2006 whereby the Company garnered approximately $15 million in proceeds.

On December 21, 2006, Camtek issued a press release announcing The Company's preliminary financial results for fourth quarter 2006. The Company announced that fourth quarter revenue and earnings were expected to be lower than anticipated ``due to lower revenues in the semiconductor segment.'' This news shocked the market, causing shares of Camtek to plummet $1.28 per share -- a more than 22% drop from the previous day's closing price of $5.77 per share -- to close on December 21, 2006, at $4.49 per share on unusually heavy volume of more than 1.4 million shares traded.

Plaintiff seeks to recover damages on behalf of Class members and is represented by The Law Office of Jacob Sabo, a law firm with significant experience in prosecuting class actions and substantial expertise in actions involving corporate fraud.

If you are a member of the Class described above, you may move the Court, not later than May 9, 2008, to serve as lead plaintiff; however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Jacob Sabo, Esquire, of The Law Office of Jacob Sabo, The Tower No. 3, Daniel Frisch Street, 15th Floor, Tel Aviv, Israel 64731, by telephone at (011) 972-3-6078888 or by email at sabolaw@inter.net.il.

*Contact:*

        Law Office of Jacob Sabo, Tel Aviv, Israel
        Jacob Sabo
        (011) 972-3-6078888
        sabolaw@inter.net.il

Source: Law Office of Jacob Sabo

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PrimeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

# EXHIBIT B

**THE LAW OFFICE OF JACOB SABO**
**SWORN CERTIFICATION OF PLAINTIFF**
**CAMTEK LTD. SECURITIES LITIGATION**

I, _____ Yuval Lapiner _____, on behalf of

_____, certify that:

1.     Plaintiff has reviewed the Complaint against CAMTEK LTD., and certain of its officers and directors, approves of its contents, and adopts the allegations therein.

2.     Plaintiff did not purchase CAMTEK LTD., the security that is the subject of this action, at the direction of Plaintiff's counsel or in order to participate in any private action arising under this title.

3.     Plaintiff is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.     Plaintiff's transactions in CAMTEK LTD. during the Class Period set forth in the Complaint are as follows:

SEE ATTACHED EXHIBIT A

5.     Plaintiff has not served as a representative party on behalf of a class under this title during the last three years, except as indicated below:

_____

6.     Plaintiff has not and will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: February 26, 2008          Yuval. Lapiner

## EXHIBIT A
## Plaintiff's Transactions in Camtek, Ltd.

| Trade Date | Transaction | Quantity | Price | | Trade Date | Transaction | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 1/18/2006 | BUY | 100 | $4.97 | | 5/19/2005 | BUY | 4,880 | $6.54 |
| 1/18/2006 | BUY | 3,600 | 4.98 | | 5/23/2006 | BUY | 400 | 6.55 |
| 1/18/2006 | BUY | 5,000 | 4.96 | | 5/23/2006 | BUY | 4,600 | 6.56 |
| 1/18/2006 | BUY | 1,300 | 4.94 | | 5/23/2006 | BUY | 1,200 | 6.56 |
| 1/18/2006 | BUY | 5,000 | 4.95 | | 5/24/2006 | SELL | -5,000 | 6.18 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -3,200 | 6.6 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -5,000 | 6.63 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -2,000 | 6.67 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -2,900 | 6.68 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -5,000 | 6.69 |
| 1/18/2006 | BUY | 5,000 | 4.94 | | 6/2/2006 | SELL | -100 | 6.7 |
| 1/30/2006 | SELL | -300 | 5.16 | | 7/3/2006 | SELL | -1,000 | 5.92 |
| 1/30/2006 | SELL | -300 | 5.16 | | 8/4/2006 | BUY | 3,744 | 6.5 |
| 1/30/2006 | SELL | -800 | 5.15 | | 8/7/2006 | BUY | 5456 | 6.4 |
| 1/30/2006 | SELL | -4,200 | 5.16 | | 8/7/2006 | BUY | 5,000 | 6.35 |
| 1/30/2006 | SELL | -4,700 | 5.15 | | 11/9/2006 | SELL | -5,000 | 5.6 |
| 1/30/2006 | SELL | -4,700 | 5.15 | | 11/9/2006 | SELL | -5,000 | 5.75 |
| 1/31/2006 | SELL | -500 | 5.12 | | 11/9/2006 | SELL | -3,400 | 5.62 |
| 1/31/2006 | SELL | -4,500 | 5.11 | | 11/9/2006 | SELL | -6,600 | 5.59 |
| 1/31/2006 | SELL | -5,000 | 5.10 | | 11/10/2006 | SELL | -4,900 | 5.7 |
| 1/31/2006 | SELL | -5,000 | 5.10 | | 11/13/2006 | SELL | -5,000 | 5.77 |
| 1/30/2006 | BUY | 5,000 | 5.15 | | 11/16/2006 | SELL | -4,100 | 5.95 |
| 1/30/2006 | BUY | 5,000 | 5.15 | | 12/12/2006 | SELL | -6,000 | 5.99 |
| 1/30/2006 | BUY | 186 | 5.06 | | 1/4/2007 | SELL | -5,000 | 4.40 |
| 1/31/2006 | BUY | 5,000 | 5.11 | | 1/4/2007 | SELL | -5,000 | 4.40 |
| 1/31/2006 | BUY | 5,000 | 5.10 | | 1/4/2007 | SELL | -1,137 | 4.40 |
| 1/31/2006 | BUY | 5,000 | 5.10 | | 1/17/2007 | SELL | -2,863 | 4.45 |
| 2/6/2006 | SELL | -4,986 | 5.21 | | 1/17/2007 | SELL | -8,489 | 4.40 |
| 2/6/2006 | BUY | -200 | 5.22 | | 1/17/2007 | SELL | -4,000 | 4.44 |
| 3/31/2006 | BUY | 5,000 | 4.82 | | 1/17/2007 | SELL | -511 | 4.44 |
| 5/24/2006 | BUY | 900 | 6.22 | | 1/22/2007 | SELL | -4,000 | 4.50 |
| 5/24/2006 | BUY | 3,800 | 6.26 | | 1/22/2007 | SELL | -600 | 4.50 |
| 5/24/2006 | BUY | 4,100 | 6.22 | | 1/23/2007 | SELL | -2,400 | 4.50 |
| 5/24/2006 | BUY | 5,000 | 6.25 | | 1/24/2007 | SELL | -3,000 | 4.47 |
| 5/24/2006 | BUY | 5,000 | 6.18 | | 1/24/2007 | SELL | -3,000 | 4.47 |
| 5/16/2006 | BUY | 15,000 | 7.50 | | | | | |
| 5/19/2006 | BUY | 120 | 6.53 | | | | | |

# EXHIBIT C

**EXHIBIT**
**TABLE OF MOVANT YUVAL LAPINER'S LOSSES IN CAMTEK LTD.**

| RECORD TRANSACTION |
|---|

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| BUY TRANSACTIONS | | | 0.0000 | $ 0.00 | | | | | |
| YUVAL LAPINER | 08 07 2006 | 5000 | 6.3500 | $ 31,750.00 | | | | | |
| YUVAL LAPINER | 08 07 2006 | 5456 | 6.4000 | $ 34,918.40 | | | | | |
| YUVAL LAPINER | 08 04 2006 | 3744 | 6.5000 | $ 24,336.00 | | | | | |
| YUVAL LAPINER | 05 23 2006 | 1200 | 6.5600 | $ 7,872.00 | | | | | |
| YUVAL LAPINER | 05 23 2006 | 4600 | 6.5600 | $ 30,176.00 | | | | | |
| YUVAL LAPINER | 05 19 2006 | 400 | 6.5500 | $ 2,620.00 | | | | | |
| YUVAL LAPINER | 05 19 2006 | 4880 | 6.5400 | $ 31,915.20 | | | | | |
| YUVAL LAPINER | 05 19 2006 | 120 | 6.5300 | $ 783.60 | | | | | |
| YUVAL LAPINER | 05 16 2006 | 15000 | 7.5000 | $ 112,500.00 | | | | | |
| YUVAL LAPINER | 05 24 2006 | 5000 | 6.1800 | $ 30,900.00 | | | | | |
| YUVAL LAPINER | 05 24 2006 | 5000 | 6.2500 | $ 31,250.00 | | | | | |
| YUVAL LAPINER | 05 24 2006 | 4100 | 6.2200 | $ 25,502.00 | | | | | |
| YUVAL LAPINER | 05 24 2006 | 3800 | 6.2600 | $ 23,788.00 | | | | | |
| YUVAL LAPINER | 05 24 2006 | 900 | 6.2200 | $ 5,598.00 | | | | | |
| YUVAL LAPINER | 03 31 2006 | 5000 | 4.8200 | $ 24,100.00 | | | | | |
| YUVAL LAPINER | 01 31 2006 | 5000 | 5.1000 | $ 25,500.00 | | | | | |
| YUVAL LAPINER | 01 31 2006 | 5000 | 5.1000 | $ 25,500.00 | | | | | |
| YUVAL LAPINER | 01 31 2006 | 5000 | 5.1100 | $ 25,550.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| YUVAL LAPINER | 01 30 2006 | 186 | 5.0600 | $ 941.16 | | | | | |
| YUVAL LAPINER | 01 30 2006 | 5000 | 5.1500 | $ 25,750.00 | | | | | |
| YUVAL LAPINER | 01 31 2006 | 5000 | 5.1500 | $ 25,750.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9400 | $ 24,700.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9500 | $ 24,750.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 1300 | 4.9400 | $ 6,422.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 5000 | 4.9600 | $ 24,800.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 3600 | 4.9800 | $ 17,928.00 | | | | | |
| YUVAL LAPINER | 01 18 2006 | 100 | 4.9700 | $ 497.00 | | | | | |
| SELL TRANSACTIONS | | | | $ 0.00 | | | 0.0000 | $ 0.00 | |
| YUVAL LAPINER | | | | | 01 24 2007 | 3000 | 4.4700 | $ 13,410.00 | |
| YUVAL LAPINER | | | | | 01 24 2007 | 3000 | 4.4700 | $ 13,410.00 | |
| YUVAL LAPINER | | | | | 01 23 2007 | 2400 | 4.5000 | $ 10,800.00 | |
| YUVAL LAPINER | | | | | 01 22 2007 | 600 | 4.5000 | $ 2,700.00 | |
| YUVAL LAPINER | | | | | 01 22 2007 | 4000 | 4.5000 | $ 18,000.00 | |
| YUVAL LAPINER | | | | | 01 17 2007 | 511 | 4.4400 | $ 2,268.84 | |
| YUVAL LAPINER | | | | | 01 17 2007 | 4000 | 4.4400 | $ 17,760.00 | |
| YUVAL LAPINER | | | | | 01 17 2007 | 8489 | 4.4000 | $ 37,351.60 | |

TABLE OF MOVANT YUVAL LAPINER'S LOSSES IN CAMTEK LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | | LOSS |
|------|----------|--------|-------|--------|-----------|--------|-------|----------|---|------|
| YUVAL LAPINER | | | | | 01 17 2007 | 2863 | 4.4500 | $ | 12,740.35 | |
| YUVAL LAPINER | | | | | 01 04 2007 | 1137 | 4.4000 | $ | 5,002.80 | |
| YUVAL LAPINER | | | | | 01 04 2007 | 5000 | 4.4000 | $ | 22,000.00 | |
| YUVAL LAPINER | | | | | 01 04 2007 | 5000 | 4.4000 | $ | 22,000.00 | |
| YUVAL LAPINER | | | | | 12 12 2006 | 6000 | 5.9900 | $ | 35,940.00 | |
| YUVAL LAPINER | | | | | 11 16 2006 | 4100 | 5.9500 | $ | 24,395.00 | |
| YUVAL LAPINER | | | | | 11 13 2006 | 5000 | 5.7700 | $ | 28,850.00 | |
| YUVAL LAPINER | | | | | 11 10 2006 | 4900 | 5.7000 | $ | 27,930.00 | |
| YUVAL LAPINER | | | | | 11 09 2006 | 6600 | 5.5900 | $ | 36,894.00 | |
| YUVAL LAPINER | | | | | 11 09 2006 | 3400 | 5.6200 | $ | 19,108.00 | |
| YUVAL LAPINER | | | | | 11 09 2006 | 5000 | 5.7500 | $ | 28,750.00 | |
| YUVAL LAPINER | | | | | 11 09 2006 | 5000 | 5.6000 | $ | 28,000.00 | |
| YUVAL LAPINER | | | | | 07 03 2006 | 1000 | 5.9200 | $ | 5,920.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 100 | 6.7000 | $ | 670.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 5000 | 6.6900 | $ | 33,450.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 2900 | 6.6800 | $ | 19,372.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 2000 | 6.6700 | $ | 13,340.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 5000 | 6.6300 | $ | 33,150.00 | |
| YUVAL LAPINER | | | | | 06 02 2006 | 3200 | 6.6000 | $ | 21,120.00 | |
| YUVAL LAPINER | | | | | 05 24 2006 | 5000 | 6.1800 | $ | 30,900.00 | |
| YUVAL LAPINER | | | | | 02 06 2006 | 200 | 5.2200 | $ | 1,044.00 | |
| YUVAL LAPINER | | | | | 02 06 2006 | 4986 | 5.2100 | $ | 25,977.06 | |
| YUVAL LAPINER | | | | | 01 31 2006 | 5000 | 5.1000 | $ | 25,500.00 | |
| YUVAL LAPINER | | | | | 01 31 2006 | 5000 | 5.1000 | $ | 25,500.00 | |

TABLE OF MOVANT YUVAL LAPINER'S LOSSES IN CAMTEK LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | | LOSS |
|------|----------|--------|-------|--------|-----------|--------|-------|----------|---|------|
| YUVAL LAPINER | | | | | 01 31 2006 | 4500 | 5.1100 | $ | 22,995.00 | |
| YUVAL LAPINER | | | | | 01 31 2006 | 500 | 5.1200 | $ | 2,560.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 4700 | 5.1500 | $ | 24,205.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 4700 | 5.1500 | $ | 24,205.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 4200 | 5.1600 | $ | 21,672.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 800 | 5.1500 | $ | 4,120.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 300 | 5.1600 | $ | 1,548.00 | |
| YUVAL LAPINER | | | | | 01 30 2006 | 300 | 5.1600 | $ | 1,548.00 | |
| TOTALS | | | | $ 794,297.36 | | | | $ | 746,106.65 | $ 48,190.71 |
| VALUE OF SHARES REMAINING | | 139386 | | | | 139386 | | | | $ 0.00 |
| TOTAL LOSS | | | | | | | | | | $ 48,190.71 |

# EXHIBIT D

## GLANCY BINKOW & GOLDBERG LLP
ATTORNEYS AT LAW

| New York Office | 1801 AVENUE OF THE STARS, SUITE 311 | SAN FRANCICSO OFFICE |
| --- | --- | --- |
| | LOS ANGELES, CALIFORNIA 90067 | |

| 1430 BROADWAY | | ONE EMBARCADERO CENTER |
| --- | --- | --- |
| SUITE 1603 | ——— | SUITE 760 |
| NEW YORK, NY 10018 | | SAN FRANCISCO, CA 94105 |
| TELEPHONE (212) 382-2221 | TELEPHONE (310) 201-9150 | TELEPHONE (415) 972-8160 |
| FACSIMILE (212) 382-3944 | FACSIMILE (310) 201-9160 | FACSIMILE (415) 972-8166 |
| | info@glancylaw.com | |

### FIRM RESUME

Glancy Binkow & Goldberg LLP has represented investors and consumers in federal and state courts throughout the United States for sixteen years. Based in Los Angeles, California and with offices in New York, New York and San Francisco, California, Glancy Binkow & Goldberg has developed expertise prosecuting securities fraud, antitrust and complex commercial litigation. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, Glancy Binkow & Goldberg has recovered in excess of $1 billion for parties wronged by corporate fraud and malfeasance. The firm's efforts on behalf of individual investors have been the subject of articles in such publications as *The Wall Street Journal*, *The New York Times* and *The Los Angeles Times*.

Appointed as Lead or Co-Lead Counsel by federal judges throughout the United States, Glancy Binkow & Goldberg has achieved significant recoveries for class members, including:

In re Mercury Interactive Corporation Securities Litigation, USDC Northern District of California, Case No. 05-3395, in which Glancy Binkow & Goldberg served as Co-Lead Counsel and achieved a settlement valued at over $117 million.

In re Lumenis, Ltd. Securities Litigation, USDC Southern District of New York, Case No.02-CV-1989, in which Glancy Binkow & Goldberg served as Co-Lead Counsel and achieved a settlement valued at over $20 million.

In re Heritage Bond Litigation, USDC Central District of California, Case No. 02-ML-1475-DT, where as Co-Lead Counsel, Glancy Binkow & Goldberg recovered in excess of $28 million for defrauded investors and continues to pursue additional defendants.

In re ECI Telecom Ltd. Securities Litigation, USDC Eastern District of Virginia, Case No. 01-913-A, in which Glancy Binkow & Goldberg served as sole Lead Counsel and recovered almost $22 million for defrauded ECI investors.

<u>Yaldo v. Airtouch Communications</u>, State of Michigan, Wayne County, Case No. 99-909694-CP, in which Glancy Binkow & Goldberg served as Co-Lead Counsel and achieved a settlement valued at over $32 million for defrauded consumers.

<u>In re Infonet Services Corporation Securities Litigation</u>, USDC Central District of California, Case No. CV 01-10456 NM, in which as Co-Lead Counsel, Glancy Binkow & Goldberg achieved a settlement of $18 million.

<u>In re Musicmaker.com Securities Litigation</u>, USDC Central District of California, Case No. 00-02018, a securities fraud class action in which Glancy Binkow & Goldberg was sole Lead Counsel for the Class and recovered in excess of $13 million.

<u>In re ESC Medical Systems, Ltd. Securities Litigation</u>, USDC Southern District of New York, Case No. 98 Civ. 7530, a securities fraud class action in which Glancy Binkow & Goldberg served as sole Lead Counsel for the Class and achieved a settlement valued in excess of $17 million.

<u>In re Lason, Inc. Securities Litigation</u>, USDC Eastern District of Michigan, Case No. 99 76079, in which Glancy Binkow & Goldberg was Co-Lead Counsel and recovered almost $13 million for defrauded Lason stockholders.

<u>In re Inso Corp. Securities Litigation</u>, USDC District of Massachusetts, Case No. 99 10193, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $12 million.

<u>In re National TechTeam Securities Litigation</u> USDC Eastern District of Michigan, Case No. 97-74587, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $11 million.

<u>In re Ramp Networks, Inc. Securities Litigation</u>, USDC Northern District of California, Case No. C-00-3645 JCS, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of nearly $7 million.

<u>In re Gilat Satellite Networks, Ltd. Securities Litigation</u>, USDC Eastern District of New York, Case No. 02-1510 CPS, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of $20 million.

<u>Taft v. Ackermans (KPNQwest Securities Litigation)</u>, USDC Southern District of New York, Case No. 02-CV-07951, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement worth $11 million.

<u>Ree v. Procom Technologies, Inc.</u>, USDC Southern District of New York, Case No. 02CV7613, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of $2.7 million.

<u>Capri v. Comerica, Inc.</u>, USDC Eastern District of Michigan, Case No. 02CV60211 MOB, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of $6.0 million.

<u>Tatz v. Nanophase Technologies Corp.</u>, USDC Northern District of Illinois, Case No. 01C8440, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of $2.5 million.

<u>In re Livent, Inc. Noteholders Litigation</u>, USDC Southern District of New York, Case No. 99 Civ 9425, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of over $27 million.

<u>Plumbing Solutions Inc. v. Plug Power, Inc.</u>, USDC Eastern District of New York, Case No. CV 00 5553 (ERK) (RML), a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of over $5 million.

Glancy Binkow & Goldberg filed the initial landmark antitrust lawsuit against all of the major NASDAQ market makers and served on Plaintiffs' Counsel's Executive Committee in <u>In re Nasdaq Market-Makers Antitrust Litigation</u>, USDC Southern District of New York, Case No. 94 C 3996 (RWS), MDL Docket No. 1023, which recovered $900 million for investors in numerous heavily traded Nasdaq issues.

In addition, Glancy Binkow & Goldberg serves as Class Counsel in <u>In re Real Estate Associates Limited Partnership Litigation</u>, USDC Central District of California, Case No. 98-7035 DDP, in which plaintiffs' Counsel achieved a $184 million jury verdict after a complex six week trial in Los Angeles, California and later settled the case for $83 million.

The firm currently serves as Lead or Co-Lead Counsel in numerous securities fraud and consumer fraud actions throughout the United States, including, among others:

<u>Shah v. Morgan Stanley Co.</u>,
USDC Southern District of New York, Case No. 03 Civ. 8761 (RJH)

<u>Lapin v. Goldman Sachs</u>,
USDC Southern District of New York, Case No. 03-0850-KJD

<u>In re Heritage Bond Litigation</u>,
USDC Central District of California, Case No. 02-ML-1475-DT

Payne v. IT Group, Inc.,
USDC Western District of Pennsylvania, Case No. 02-1927

Oscar Private Equity Investments v. Holland (Allegiance Telecom Securities Litigation),
USDC Northern District of Texas, Case No. 3:-CV-2761-H

Winer Family Trust v. Queen (Pennexx Securities Litigation),
USDC Eastern District of Pennsylvania, Case No. 2:03-cv-04318 JP

In re ADC Telecommunications Inc. Securities Litigation,
USDC District of Minnesota, Case No. 03-1194 (JNE/JGL)

Porter v. Conseco, Inc.,
USDC Southern District of Indiana, Case No. 02-1332 SEB

In re Simon Transportation Services, Inc. Securities Litigation,
USDC District of Utah, Case No. 2:98 CV 0863 K

   The firm has also recently acted as Class Counsel in obtaining substantial benefits for shareholders in a number of actions, including:

In re F & M Distributors Securities Litigation,
Eastern District of Michigan, Case No. 95 CV 71778 DT (Executive Committee Member) ($20.25 million settlement)

James F. Schofield v. McNeil Partners, L.P. Securities Litigation,
California Superior Court, County of Los Angeles, Case No. BC 133799

Resources High Equity Securities Litigation,
California Superior Court, County of Los Angeles, Case No. BC 080254

   The firm has served and currently serves as Class Counsel in a number of antitrust class actions, including:

In re Nasdaq Market-Makers Antitrust Litigation,
USDC Southern District of New York, Case No. 94 C 3996 (RWS), MDL Docket No. 1023

In re Brand Name Prescription Drug Antitrust Litigation,
USDC Northern District of Illinois, Eastern Division, Case No. 94 C 897
   Glancy Binkow & Goldberg LLP has been responsible for obtaining favorable appellate opinions which have broken new ground in the class action or securities fields, or which have promoted shareholder rights in prosecuting these actions. Glancy Binkow & Goldberg successfully

argued the appeals in <u>Silber v. Mabon I</u>, 957 F.2d 697 (9th Cir. 1992) and <u>Silber v. Mabon II</u>, 18 F.3d 1449 (9th Cir. 1994), which are the leading decisions in the Ninth Circuit regarding the rights of opt-outs in class action settlements. In <u>Rothman v. Gregor</u>, 220 F.3d 81 (2d Cir. 2000), Glancy Binkow & Goldberg won a seminal victory for investors before the Second Circuit Court of Appeals, which adopted a more favorable pleading standard for investors in reversing the District Court's dismissal of the investors' complaint. After this successful appeal, Glancy Binkow & Goldberg then recovered millions of dollars for defrauded investors of the GT Interactive Corporation. The firm also argued <u>Falkowski v. Imation Corp.</u>, 309 F.3d 1123 (9th Cir. 2002), *as amended*, 320 F.3d 905 (9th Cir. 2003) and favorably obtained the substantial reversal of a lower court's dismissal of a cutting edge, complex class action initiated to seek redress for a group of employees whose stock options were improperly forfeited by a giant corporation in the course of its sale of the subsidiary at which they worked. The revived action is currently proceeding in the California state court system.

The firm is also involved in the representation of individual investors in court proceedings throughout the United States and in arbitrations before the American Arbitration Association, National Association of Securities Dealers, New York Stock Exchange, and Pacific Stock Exchange. Mr. Glancy has successfully represented litigants in proceedings against such major securities firms and insurance companies as A.G. Edwards & Sons, Bear Stearns, Merrill Lynch & Co., Morgan Stanley, PaineWebber, Prudential, and Shearson Lehman Brothers.

One of firm's unique skills is the use of "group litigation" - the representation of groups of individuals who have been collectively victimized or defrauded by large institutions. This type of litigation brought on behalf of individuals who have been similarly damaged often provides an efficient and effective economic remedy that frequently has advantages over the class action or individual action devices. The firm has successfully achieved results for groups of individuals in cases against major corporations such as Metropolitan Life Insurance Company, and Occidental Petroleum Corporation.

Glancy Binkow & Goldberg LLP currently consists of the following attorneys:

### THE FIRM'S PARTNERS

**LIONEL Z. GLANCY**, a graduate of the University of Michigan Law School, is the founding partner of the firm. After serving as a law clerk for United States District Judge Howard McKibben, he began his career as an associate at Patterson Belknap Webb & Tyler LLP, concentrating in securities litigation. Thereafter, he started a boutique law firm specializing in securities litigation, and other complex litigation, from the Plaintiff's perspective. Mr. Glancy has established a distinguished career in the field of securities litigation over the last fifteen years, appearing as lead counsel on behalf of aggrieved investors in securities class action cases throughout the country. He has appeared and argued before dozens of district courts and several appellate courts, and has recovered billions of dollars in settlement proceeds for large classes of shareholders. Well known in securities law, he has lectured on its developments and practice at CLE seminars and law schools.

**PETER A. BINKOW**, a partner in Glancy Binkow & Goldberg, was born in Detroit, Michigan on August 16, 1965. Mr. Binkow earned his degree in English Literature from the University of Michigan in 1988 and attended law school at the University of Southern California (J.D., 1994). Mr. Binkow joined the Law Offices of Lionel Z. Glancy upon graduation and became a partner in 2002.

Mr. Binkow has prosecuted lawsuits on behalf of consumers and investors in state and federal courts throughout the United States. He has served as Lead or Co-Lead Counsel in many class action cases, including In re Mercury Interactive Corp Securities Litigation ($117.5 million recovery), In re Lumenis Ltd Securities Litigation ($20.1 million recovery), In re Heritage Bond Litigation ($28 million recovery), In re National Techteam Securities Litigation ($11 million recovery), In re Credit Acceptance Corporation Securities Litigation ($2.5 million recovery), In re Lason Inc. Securities Litigation ($12.68 million recovery), In re ESC Medical Systems, Ltd. Securities Litigation ($17 million recovery) In re GT Interactive Securities Litigation ($3 million recovery) and many others. Mr. Binkow has prepared and/or argued appeals before the Ninth Circuit, Sixth Circuit and Second Circuit Courts of Appeals.

Mr. Binkow is admitted to practice before the state of California, the United States District Courts for the Central, Northern and Southern Districts of California, the United States District Court for the Eastern District of Michigan and the Ninth Circuit Court of Appeals. He is a member of the Los Angeles County Bar Association and the American Bar Association.

**MICHAEL GOLDBERG**, a partner in Glancy Binkow & Goldberg, specializes in federal securities, federal and state antitrust, and consumer fraud class action lawsuits. He has successfully litigated numerous cases which resulted in multi-million dollar recoveries for investors, consumers and businesses.

Mr. Goldberg was born in New York on April 27, 1966. He earned his B.A. degree in 1989 from Pitzer College - The Claremont Colleges, and his J.D. degree in 1996 from Thomas M. Cooley Law School. After graduation from law school, Mr. Goldberg joined the Law Offices of Lionel Z. Glancy and became a partner of Glancy Binkow & Goldberg in 2003. He was admitted to both the California and Florida bars in 1997 and is admitted to practice in numerous courts.

**SUSAN G. KUPFER**, a partner of Glancy Binkow & Goldberg LLP, joined the firm in 2003, where she established its antitrust practice. She is a native of New York City and received her A.B. degree from Mount Holyoke College in 1969 and her J.D. from Boston University School of Law in 1973. She did graduate work at Harvard Law School. In 1977, she was named Assistant Dean and Director of Clinical Programs at Harvard, where she supervised that program of legal practice and taught its related academic components: Introduction to Advocacy (a NITA-style workshop), Lawyering Process and Professional Responsibility.

For much of her legal career, Ms. Kupfer has been a professor of law. She subsequently taught at Hastings College of the Law, Boston University School of Law, Golden Gate University School of Law and Northeastern University School of Law. From 1991 to 2002, she was a lecturer on law at

University of California, Berkeley, Boalt Hall, teaching Civil Procedure and Conflict of Laws. Her areas of academic expertise are Civil Procedure, Federal Courts, Conflict of Laws, Constitutional Law, Legal Ethics and Jurisprudence. Her publications include articles on federal civil rights litigation, legal ethics and jurisprudence. She has also taught various aspects of practical legal and ethical training, including trial advocacy, negotiation and legal ethics, to both law students and practicing attorneys.

Ms. Kupfer previously served as corporate counsel to The Architects Collaborative in Cambridge and San Francisco and was the executive director of the Massachusetts Commission on Judicial Conduct. She returned to the practice of law in San Francisco with Morgenstein & Jubelirer and Berman DeValerio Pease Tabacco Burt & Pucillo before joining the Glancy Firm. Her practice is concentrated in antitrust, securities and consumer complex litigation. She has been a member of the lead counsel team which achieved significant settlements in the following cases: In re Sorbates Antitrust Litigation ($96.5 million settlement), In re Pillar Point Partners Antitrust Litigation ($50 million settlement), In re Critical Path Securities Litigation ($17.5 million settlement).

Ms. Kupfer is a member of the Massachusetts and California State Bars and the United States District Courts for the Northern, Central and Southern districts of California, the District of Massachusetts, the First and Ninth Circuits Courts of Appeal and the U.S. Supreme Court. She was named one of Northern California's Super Lawyers of the Year in 2004, 2005, and 2006 in antitrust litigation.

Ms. Kupfer is currently serving in leadership positions in the following cases:

In re Korean Air Lines Co., Ltd. Antitrust Litigation, U.S.D.C., Central District of California, MDL 1891, No. 07-5107, Interim Co-Lead Counsel

In re: Urethane Antitrust Litigation, U.S.D.C., District of Kansas, No. 2:04-md-01616, Co-Lead Counsel.

In re: Western States Wholesale Natural Gas Antitrust Litigation, U.S.D.C., District of Nevada, No. 2:03-cv-01431, Co-Lead Counsel.

Sullivan et al v. DB Investments, Inc., et al., U.S.D.C, District of New Jersey, No. 3:04-cv-02819, Counsel for Reseller Subclass.

## OF COUNSEL

**ROBIN BRONZAFT HOWALD**, a native of Brooklyn, New York, returned home in 2001 to open the firm's New York City office. Ms. Howald graduated *magna cum laude* from Barnard College in 1980, with a B.A. in psychology. In 1983, she received her J.D. from Stanford Law School, where she served as an Articles Editor for the Stanford Law Review. In addition to her current focus on securities fraud and consumer class action matters, during her 20-year career Ms. Howald has handled cases in many different practice areas, including commercial disputes, professional

malpractice, wrongful termination, bankruptcy, patent and construction matters. As outside counsel for the City of Torrance, California, she also handled a number of civil rights and land use matters, as well as a ground-breaking environmental action concerning Mobil Oil's Torrance refinery. Ms. Howald has experience in pre-trial and trial procedure and has successfully prosecuted post-trial motions and appeals.

Mrs. Howald is a member of the bar of both California (1983) and New York (1995), and is admitted to practice in all federal judicial districts in California, the Southern and Eastern Districts of New York, and the United States Supreme Court. She co-authored "Potential Tort Liability in Business Takeovers" (*California Lawyer*, September 1986), was a speaker and contributing author at the Eighth Annual Current Environmental and Natural Resources Issues Seminar at the University of Kentucky College of Law (April 1991), and served as a Judge Pro Tem for the Los Angeles County Small Claims Court (1996-1997). Married in 1985, Mrs. Howald and her husband have two sons. An avid runner, Mrs. Howald has completed six marathons.

**NEAL A. DUBLINSKY** was born in Flushing, New York on January 15, 1963. He earned his undergraduate degree from Yeshiva University in 1984, graduating *summa cum laude*, (highest-ranking graduate of his class) and was the recipient of the Dean Isaac Bacon Award for Excellence in the Humanities. Mr. Dublinsky earned his J.D. from New York University School of Law in 1987 where he participated in the Consumer Protection Clinical Program under renowned Professor Anthony G. Amsterdam. Mr. Dublinsky was admitted to the state bar of California in 1988.

Mr. Dublinsky played a strong part in the Firm's successful resolution of the aforementioned matters of In re ESC Medical Systems, Ltd. Securities Litigation, USDC Southern District of New York, Case No. 98 Civ. 7530 and In re Lason, Inc. Securities Litigation, USDC Eastern District of Michigan, Case No. 99 76079. The published opinions in which Mr. Dublinsky has played a primary role include: City of Sterling Heights Police and Fire Retirement System v. Abbey Nat., PLC, --- F.Supp.2d ----, 2006 WL 846261 (S.D.N.Y., Mar 31, 2006) (NO. 05 CIV. 2141 (DC)); Falkowski v. Imation Corp., 309 F.3d 1123 (9th Cir. 2002), *as amended*, 320 F.3d 905 (9th Cir. 2003); Falkowski v. Imation Corp., 132 Cal.App.4th 499, 33 Cal.Rptr.3d 724 (Cal.App. 2005), *reh. den*. (Sep 27, 2005), *rev. den*. (Nov 30, 2005), and; Mirpuri v. ACT Mfg., Inc., 212 F.3d 624 (1st Cir. 2000). In addition, he played a primary role in Caprin v. Simon Transportation Services, Inc., 99 Fed.Appx. 150 (not selected for publication), 2004 WL 326995 (10th Cir. 2004). He also was an important participant in Rothman v. Gregor, 220 F.3d 81 (2nd Cir. 2000) and Shah v. Meeker, 435 F.3d 244 (2nd Cir. 2006).

**KEVIN F. RUF** was born in Wilmington, Delaware on December 7, 1961. Mr. Ruf graduated from the University of California at Berkeley in 1984 with a B.A. in Economics and earned his J.D. from the University of Michigan in 1987. Mr. Ruf was admitted to the State Bar of California in 1988. Mr. Ruf was an associate at the Los Angeles firm Manatt Phelps and Phillips from 1988 until 1992, where he specialized in commercial litigation. He was of counsel to the Los Angeles firm Corbin & Fitzgerald from 1993 until 2001 where he specialized in white collar criminal defense work, including matters related to National Medical Enterprises, Cynergy Film Productions and the Estate

of Doris Duke. Mr. Ruf has extensive trial experience, including jury trials, and considers his courtroom skills to be his strongest asset as a litigator. In his spare time, Mr. Ruf is an actor and comic. He is a full member of the world-famous Groundlings Theatre and has appeared in a number of television shows and films, including "Seinfeld," "Friends," "Spin City," and "Curb Your Enthusiasm."

**ROBERT M. ZABB** attended Yale University and Columbia Law School, and received his B.A. in 1975 and his J.D. in 1979. Mr. Zabb is admitted to practice in California, New York and Massachusetts, in state and federal courts in those jurisdictions. His practice has consisted of general business litigation with a specialization in federal securities litigation on the plaintiff and defense sides. He has practiced actively in the United States District Courts for the Southern and Eastern Districts of New York, which are important centers for securities litigation. Mr. Zabb's accomplishments are reflected in numerous reported case decisions, particularly in the cases known as SEC v. Thrasher (Southern District of New York) and In re MTC Securities Litigation (Eastern District of New York). Mr. Zabb has had the privilege of arguing a case before the U.S. Supreme Court. This was a securities case delineating the permissible scope of a private right of action, and is known as Employers Insurance of Wausau v. Musick, Peeler and Garrett.

**FREDERICK W. GERKENS, III**, an of counsel to Glancy Binkow & Goldberg LLP, graduated from Fordham University Law School *cum laude* in 1997 with an LL.M. in Corporate, Banking, and Finance law. Mr. Gerkens received his J.D. degree from New York Law School, graduating *cum laude* in 1995, and an M.B.A. from Temple University in 1978. Mr. Gerkens received his undergraduate degree from Temple University (B.A. Psychology, *cum laude*) in 1975. Mr. Gerkens also is a Certified Public Accountant (New York, 1980).

After graduating law school, Mr. Gerkens was employed at the United States Securities and Exchange Commission, Division of Market Regulation, and thereafter practiced principally in securities class actions, complex commercial litigation, and employment law, and was a partner at another prominent class action litigation firm.

Prior to law school, Mr. Gerkens was employed at a major Wall Street investment firm as director of financial reporting and manager of regulatory reporting (1985-1992). Prior to that, Mr. Gerkens was an auditor employed by recognized public accounting firms, with mostly financial institution clientele (1978-1985).

Mr. Gerkens is a member of the American Bar Association (Litigation Section), the Association of the Bar of the City of New York and the American Institute of Certified Public Accountants.

Mr. Gerkens played a prominent role in prosecuting several securities class actions to successful conclusion, resulting in settlements to the respective shareholder classes, including In re BankOne Shareholders Litig., No. 00-CV-0880 (N.D. Ill.); In re UNUMProvident Sec. Litig., No. 99-CV-301 (D. Me.); In re Allied Products Sec. Litig., No. 99-CV-3597 (N.D. Ill.); In re Laidlaw Stockholders Litig., No. 3:00-CV-0855-17 (D.S.C.); In re Alliance Pharm. Corp. Sec. Litig., No. 01-CV-1674

(S.D.N.Y.); In re Warnaco Group, Inc. Sec. Litig. (II), No. 01-CV-3346 (S.D.N.Y.); In re Rediff Inc. Sec. Litig., No. 01-CV-3020 (S.D.N.Y.); In re Abercrombie & Fitch Co. Sec. Litig., M21-83 (S.D.N.Y.); In re Global Crossing, Inc. Sec. Litig., No. 02-CV-0910 (S.D.N.Y.); In re Amazon.com, Inc. Sec. Litig., No. C-01-0358-L (W.D. Wash.); In re Harnischfeger, Inc. Sec. Litig., Nos. 98-C-0524, 99-C-0598 (E.D. Wis.); In re American Bank Note Holographics, Inc. Sec. Litig., No. 99-C-0598 (S.D.N.Y.); and In re Avista Corp. Sec. Litig., No. CV-02-0328 (E.D. Wash.).

Mr. Gerkens is admitted to practice in New York (1995), the United States Supreme Court, the United States Courts of Appeals for the Second, Fourth, Fifth and Sixth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Wisconsin.

**MICHAEL B. ACKERMAN** was born in Brooklyn, New York on June 30, 1962. He received his Bachelor of Arts from Columbia University in 1984 and attended Fordham University Law School (J.D. 1987). Mr. Ackerman was admitted to the New York bar in 1989 and the California bar in 1990. Mr. Ackerman is a member of the American Bar Association, the Los Angeles County Bar Association and the Association of the Bar of the City of New York.

**BRADLEY J. HILLIS** graduated from the University of Washington School of Law (J.D., 1988), where he was a member of Moot Court Honor Board. He received a B.A. from The Colorado College and M.A. in history from the University of Washington. Mr. Hillis is a member of the bars of New York, Massachusetts and Washington State, the U.S. District Courts for the Western District of Washington and Massachusetts, and the U.S. Courts of Appeal for the First and Ninth Circuits. He is the author of "Electronic Court Filing and the Internet," (The Journal of Appellate Practice and Process, volume 2:2, Winter 2000). He has previously worked as a deputy prosecuting attorney for the King County Prosecutor's Office, in Seattle, Washington, and was a member of the Advisory Board of Findlaw.com.

**ILANA KOHN** was born in Encino, California, on October 7, 1967. She earned her undergraduate degree from Mills College in 1993, with honors, and her J.D. from the University of San Francisco School of Law in 1999, with honors. Ms. Kohn was admitted to the State Bar of California in 1999, and is admitted to practice before the Northern, Central and Eastern Districts of California. Ms. Kohn specializes in class actions on behalf of defrauded investors and consumers. Prior to her class action work, Ms. Kohn was an associate in the San Francisco office of Schnader Harrison Segal and Lewis, where she specialized in commercial litigation. Since joining the firm in 2003, Ms. Kohn has been involved in the prosecution of the Initial Public Offering Securities Litigation pending in the United States District Court for the Southern District of New York, a coordinated proceeding of over 300 class action lawsuits based on market manipulation in initial public offerings during the high technology boom of the late 90s.

**JALA AMSELLEM** has been engaged in the private practice of civil ligation for over ten years. She has handled a broad variety of cases in the areas of corporate commercial, family law, personal injury and entertainment litigation. Jala is also a former legal writing professor who taught legal skills for twelve years. In her last academic position she was the Associate Director of the legal writing program at The George Washington School of Law. Recently, Jala founded The Bar Coach, a company dedicated to assisting bar takers pass the California Bar Exam.

Jala received her undergraduate degree from New York University in 1982 and her J.D. from Touro Law School in 1985. At Touro, Jala was the Senior Editor of the law review.  Jala is admitted to the bars of California, New York, New Jersey, Michigan and the District of Columbia.

**KATHARINE A. KATES**, Of Counsel to the Firm in San Francisco, graduated from Hastings College of the law (1991, with honors) where she was a member of the Hastings Law Journal.  She received a B.A. (1985, with high honors) and an M.A. (1988) in the History of Art from the University of California, Berkeley.  After obtaining her law degree, Ms. Kates practiced at Sonnenschein Nath & Rosenthal in San Francisco.  Ms. Kates was a staff attorney at the United States District Court for the Central District of California, then joined the Los Angeles litigation boutique O'Neill Lysaght & Sun and later, Murphy Rosen & Cohen.  Prior to focusing on antitrust litigation, Ms. Kates' experience included complex commercial litigation and white collar criminal defense, with a particular emphasis on securities matters.

**SYLVIE KULKIN KERN** has been a commercial litigator for more than twenty years.  She began her legal career as a law clerk to Justice John Holmdahl of the California Court of Appeal, First District, and then practiced law in San Francisco at Severson, Werson, Berke & Melchior (1985-1988); Brobeck Phleger & Harrison (1988-1993); and Morrison & Foerster LLP (1995-2004), where she was Of Counsel on the firm's securities litigation team.  She joined Glancy Binkow & Goldberg LLP in 2005.  In addition to her work in the securities field and her current focus on antitrust litigation, Ms. Kern has handled numerous complex commercial cases in state and federal court in the transportation, insurance, banking, real estate, and telecommunications industries, at both the law-and-motion and appellate stages.

Originally from France, Ms. Kern graduated from the University of California at Los Angeles in 1973, Magna cum Laude and Phi Beta Kappa with dual degrees in French and Political Science.  She obtained her master's degree from the Johns Hopkins School of Advanced International Studies in 1975, and a law degree from Hastings College of the Law, where she served on the Hastings International and Comparative Law Review, in 1983.  Prior to attending law school, Ms. Kern served as a Foreign Service officer with the United States Agency for International Development, managing foreign aid programs in El Salvador and Haiti.  She speaks French, Spanish and Italian, and has lived or traveled in over thirty countries.

## ASSOCIATES

**MARC L. GODINO** has extensive experience successfully litigating complex, class action lawsuits as a plaintiffs' lawyer. Mr. Godino has played a primary role in cases resulting in settlements of more than $100 million. He has prosecuted securities, derivative, ERISA, and consumer cases throughout the country in both State and Federal court as well as represented defrauded investors at NASD arbitrations.

While an associate with Stull Stull & Brody, Mr. Godino was one of the two primary attorneys involved in Small v. Fritz Co., 30 Cal. 4th 167 (April 7, 2003) in which the California Supreme Court created new law in the state of California for shareholders that held shares in detrimental reliance on false statements made by corporate officers. The decision was widely covered by national media including *The National Law Journal*, *Los Angeles Times*, *New York Times*, and the *New York Law Journal*, among others and was heralded as a significant victory for shareholders.

Other published decisions include: In re 2TheMart.com Securities Litigation, 114 F.Supp 2d 955 (C.D.Cal. 2002); In re Irvine Sensors Securities Litigation, 2003 U.S. Dist. LEXIS 18397 (C.D.Cal. 2003); Brown v. Computerized Thermal Imaging Inc., 2002 WL 31109563 (D.Or. 2002).

Mr. Godino received his undergraduate degree from Susquehanna University with a bachelor of science degree in Business Management. He received his J.D. from Whittier Law School in 1995.

Mr. Godino is admitted to practice before the state of California, the United States District Courts for the Central, Northern and Southern Districts of California, the District of Colorado, and the Ninth Circuit Court of Appeals.

**DALE MacDIARMID** is a native of Los Angeles, California. He holds a B.A. in Journalism (with Distinction) from the University of Hawaii, and a J.D. from Southwestern University School of Law, where he was a member of the Board of Governors of the Trial Advocacy Honors Program. He is admitted to practice in California, before the United States District Courts for the Southern, Central and Northern Districts of California and the District of Colorado. Dale is a member of Kappa Tau Alpha, the national journalism honor society, and before joining Glancy Binkow & Goldberg he was a writer and editor for newspapers and magazines in Honolulu and Los Angeles.

**KARA M. WOLKE** graduated summa cum laude with a B.S.B.A. in Economics from The Ohio State University in 2001. Kara earned her J.D. (with honors) from Ohio State in May, 2005, where she was active in Moot Court and received the Dean's Award for Excellence for each of her three years. In 2005, she was a finalist in a national writing competition co-sponsored by the American Bar Association and the Grammy® Foundation. (7 Vand. J. Ent. L. & Prac. 411). Kara joined Glancy Binkow & Goldberg in the fall of 2005 and was admitted to the State Bar of California in January, 2006.

**ANDY SOHRN** joined Glancy Binkow & Goldberg LLP in 2006. He was admitted to the California Bar in January 2006 after receiving his J.D. from the University of California Los Angeles School of Law in May 2005. While attending law school, Andy was the Managing Editor of the Pacific Basin Law Journal, participated in Moot Court and was a Teaching Assistant for the Lawyering Skills program. He also holds a B.A. in Economics and Mathematics from Yale University (class of 2002).

# EXHIBIT E

## THE LAW OFFICE OF JACOB SABO

The Tower No. 3 Daniel Frisch Street 15th Floor

Tel Aviv, Israel 64731

Telephone: 011 972 3 607 88 88

Facsimile: 011 972 3 607 88 89

The Law Office of Jacob Sabo is a well known Israeli Law firm with a reputation for representing investors and consumers in Israeli and in the United States courts for over twenty years. Based in Tel-Aviv, Israel and with collaboration with leading US firms throughout the United States, the Law Office Of Jacob Sabo has developed expertise prosecuting securities fraud, antitrust and complex commercial litigation. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, the Law Office Of Jacob Sabo has recovered considerable amounts for parties wronged by corporate fraud and malfeasance, in both the United States and Israeli jurisdictions. The firm's efforts on behalf of individual investors have been the subject of several articles in Israeli press. In calendar year 2003, Attorney Jacob Sabo was declared the Leading Class Action Attorney of that year by *Globes*, Israel's leading business newspaper.

Supporting complex litigation as either co-Lead Counsel or as liaison to Lead or Co-Lead Counsel, in matters relating to Israeli corporations, Attorney Jacob Sabo has achieved significant recoveries for class members, including:

*In re ECI Telecom Ltd. Securities Litigation*, USDC Eastern Virginia Civil Action No. 01-913-A, in which Jacob Sabo served as counsel to Glancy & Binkow LLP and assisted in the recovery of almost $22 million for defrauded ECI investors.

*In re ESC Medical Systems, Ltd. Securities Litigation*, USDC Southern New York 98 Civ. 7530, a securities fraud class action in which Jacob Sabo served as member of the Executive committee of Lead counsels and assisted in achieving a settlement valued in excess of $17 million.

*In re Nice Systems Securities Litigation*, USDC New Jersey 2.01 CV 737, in which Jacob Sabo supported Co-Lead Counsel's efforts and assisted in recovering $10 million for defrauded Nice Systems Ltd.'s U.S. stockholders. This amount is the U.S. leg of a similar litigation in Israel in which Jacob Sabo assisted in achieving a recovery of $ 5 million for defrauded Nice Systems Ltd.'s Israeli stockholders.

Jacob Sabo currently serves as Co-Lead Counsel or supporting Lead or co-Lead counsels in numerous securities fraud actions throughout the United States, including, among others:

*In re Gilat Satellite Networks, Ltd. Sec. Litig.*,
USDC Eastern New York, Case No. 02-1510 CPS

1

*In re Lumenis, Ltd. Sec. Litig.,*
USDC Southern New York, Case No.02-CV-1989 DAB

*In re Amdocs Ltd. Sec. Litig.,*
USDC Eastern Missouri, Case No. 02CV950 HEA

*Leumi Gemel Ltd. v. ECtel Ltd., et al.,*
USDC, District of Maryland, Case No. 04-CV-03380 RWT

*In re TTI Securities Litigation,*
USDC, District of New Jersey, Case No. 04-cv-4305 PGS

*In re Bio-Technology General Corp. Securities Litigation,*
USDC, District of New Jersey, Case No. 02cv06048

The Law office of Jacob Sabo is also involved in numerous Securities fraud litigations in Israeli Courts.

Jacob Sabo, the founding partner of the firm, was born in Tel-Aviv, Israel on March 13, 1953. Mr. Sabo earned his law degree (L.L.B) in 1980 from Tel-Aviv University. He also completed post-graduate studies at the New York University.

Mr. Sabo is a member of both the Israeli and New York Bar associations.

In Israel, he serves as member of several committees of the Israel Bar including the class action committee and the courts committee. He also chairs the committee of administrative tribunals and the American Bar Association

2