**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. 08-cv-01327-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**<br><br>Date: June 13, 2008<br>Time: 9:00 a.m.<br>Hon. Maxine M. Chesney |

**[PROPOSED] ORDER**

Having considered the motion of movant Yuval Lapiner for appointment as Lead Plaintiff and approval of Lead Plaintiff's selection of Co-Lead Counsel, the memorandum of law in support thereof, the declaration of Lionel Z. Glancy in support of that motion and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1)   The Motion is granted.

2)   This Order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Action (collectively, the "Consolidated Action").

3)   An original of this Order shall be filed by the Clerk in the Master File.

4)   The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5)   Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE CAMTEK LTD.<br>SECURITIES LITIGATION | No. 08-cv-01327-MMC |

6) Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action.

7) The Court requests the assistance of counsel in calling attention to the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

8) When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a) file a copy of this Order in the separate file for such action;

    b) mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed case; and

    c) make the appropriate entry in the Master Docket for the Consolidated Action.

9) Movant Yuval Lapiner is appointed to serve as Lead Plaintiff in the above-captioned action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

10) The law firms Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo are hereby approved as Co-Lead Counsel for the Class.  Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a) to brief and argue motions;

    b) to initiate and conduct discovery, including, without limitation,

No. 3:07-cv-00374-JSW: [PROPOSED] ORDER GRANTING MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL

Page 2

coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

      c)      to direct and coordinate the examination of witnesses in depositions;

      d)      to act as spokesperson at pretrial conferences;

      e)      to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

      f)      to initiate and conduct any settlement negotiations with counsel for defendants;

      g)      to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

      h)      to consult and employ experts;

      i)      to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

      j)      to perform such other duties as may be expressly authorized by further order of this Court.

Dated: _____, 2008      _____
                                               HONORABLE MAXINE M. CHESNEY
                                               United States District Court Judge

1  Submitted by:

2  Lionel Z. Glancy (#134180)
   Peter A. Binkow (#173848)
3  **GLANCY BINKOW & GOLDBERG LLP**
   1801 Avenue of the Stars, Suite 311
4  Los Angeles, California  90067
   Telephone: (310) 201-9150
5  Facsimile:   (310) 201-9160
   Email: info@glancylaw.com
6

7  Jacob Sabo
   **THE LAW OFFICE OF JACOB SABO**
8  The Tower, No. 3 Daniel Frisch St.
   15th Floor
9  Tel Aviv, Israel 64731
   Telephone: 011 972 3 607 88 88
10 Facsimile:  011 972 3 607 88 89

11 *Proposed Co-Lead Counsel*

| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| 2 | PETER A. BINKOW(#173848) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 3 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, California 90067 |
| 4 | Telephone: (310) 201-9150 |
|   | Facsimile: (310) 201-9160 |
| 5 | Email: info@glancylaw.com |
| 6 | JACOB SABO |
|   | THE LAW OFFICE OF JACOB SABO |
| 7 | The Tower, No. 3 Daniel Frisch St. |
|   | 15th Floor |
| 8 | Tel Aviv, Israel 64731 |
|   | Telephone: 011 972 3 607 88 88 |
| 9 | Facsimile:  011 972 3 607 88 89 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, | Master File No. 08-cv-01327-MMC |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, | |
| Defendants. | |

08-cv-01327-MMC
PROOF OF SERVICE

1

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On May 9, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

| | |
|---|---|
| 1 | NOTICE OF MOTION AND MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| 2 | DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL |
| 3 | [PROPOSED] ORDER GRANTING MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL |

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on May 9, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel C. Rann*
**Daniel C. Rann**

## SERVICE LIST

### Electronically to all ECF-Registered Entities

There are no registered parties as of this date

### By U.S. Mail To All Known Non-ECF Registered Entities

Camtek, Ltd.
USA Headquarters, PCB Inspection Products
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
Tel: (800) 986-9540

Rafi Amit
c/o Camtek, Ltd.
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
Tel: (800) 986-9540

Ronit Dulberg
c/o Camtek, Ltd.
2000 Wyatt Drive, Ste #4
Santa Clara CA 95054
Tel: (800) 986-9540