LIONEL Z. GLANCY #134180
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
Email:         info@glancylaw.com

Attorneys for Plaintiff Yuval Lapiner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. 08-cv-01327-MMC<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 3, 2008     Respectfully submitted,

**GLANCY  BINKOW & GOLDBERG LLP**

By:  *s/ Peter Binkow*

Lionel Z. Glancy
Peter Binkow
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:    (310) 201-9160

1
2   **THE LAW OFFICE OF JACOB SABO**
3   Jacob Sabo
    The Tower No. 3 Daniel Frisch Street
4   15th Floor
5   Tel Aviv, Israel 64731
    Telephone: 011 972 3 607 88 88
6   Facsimile: 011 972 3 607 88 89
7
8   *Attorneys for Plaintiff Yuval Lapiner*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28