1  LIONEL Z. GLANCY (#134180)
2  PETER A. BINKOW(#173848)GLANCY
   BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  Email: info@glancylaw.com

6

7  THE LAW OFFICE OF JACOB SABO
   Jacob Sabo
8  The Tower No. 3 Daniel Frisch Street
   15th Floor
9  Tel Aviv, Israel 64731
   Telephone: 011 972 3 607 88 88
10 Facsimile: 011 972 3 607 88 89

11

12 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**

13

| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, | No. 08-cv-01327-MMC |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, | |
| Defendant | |

08-1327 MMC
PROOF OF SERVICE

1

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On June 3, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

    **1.    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL 3-16**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on June 3, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                      */s/ Zabella O. Moore*

                                      **Zabella O. Moore**

1
2
3     **SERVICE LIST**
4     **Electronically to all ECF-Registered Entities**
5
6      Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com
7     Lionel Z. Glancy     info@glancylaw.com
8
      **By U.S. Mail To All Known Non-ECF Registered Entities**
9
      Jacob Sabo
10    Law Offices of Jacob Sabo
      The Tower No.3
11    Daniel Frisch Street
      15th Floor
12    Tel Aviv, 64731
      Israel
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08-1327 MMC
PROOF OF SERVICE

3