1  LIONEL Z. GLANCY #134180
   PETER A. BINKOW (#173848)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, California 90067
   Telephone:     (310) 201-9150
4  Facsimile:     (310) 201-9160
   Email: info@glancylaw.com
5
6  Attorneys for Plaintiff Yuval Lapiner
   *[Additional Counsel on Signature Page]*
7

8                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                        (SAN FRANCISCO DIVISION)

10

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. 08-cv-01327-MMC<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT**<br><br>Date: June 13, 2008<br>Time: 10:30 a.m.<br>Courtroom 7 |

Plaintiff Yuval Lapiner, respectfully submits the following Case Management Statement pursuant to Civil Local Rule 16-9.

## PROCEDURAL BACKGROUND

This action was filed March 7, 2008 against Camtek, Ltd. ("Camtek") and certain of its executive officers and directors. On May 9, 2008, pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, plaintiff filed a motion for appointment as lead plaintiff and approval of lead counsel which is scheduled to be heard on June 13, 2008 at 9:00 a.m. *See* Docket No. 4.

## CASE MANAGEMENT STATEMENT

Given the lead plaintiff and lead plaintiff counsel have not yet been selected, no amended

complaint has been filed, and no defendant has entered an appearance, plaintiff respectfully submits that a Case Management Conference and a Case Management Order are premature at this time. Nonetheless, Plaintiff submits the following Case Management Statement:

### 1. Jurisdiction and Service

This Court's jurisdiction is conferred by §27 of the Securities Exchange Act of 1934 (the "1934 Act"). The claims asserted arise under §§10(b) and 20(a) of the 1934 Act and SEC Rule 10b-5 promulgated thereunder. Venue is proper in this District pursuant to §27 of the 1934 Act as Camtek maintains offices in this District at 2000 Wyatt Drive, Suite #4, Santa Clara, California 95054.

Corporate defendant Camtek's principal executive offices are located in Ramat Gavriel Industrial Zone, P.O. Box 544, Migdal Ha'Emek, Israel. Plaintiff has served the corporate defendant at its Santa Clara headquarters, which is the company's designated agent for service of process in the United States, and is in the process of serving the individual defendants in Israel.

### 2. Facts

The complaint alleges that the defendants violated Sections 10(b) and 20(a) of the 1934 Act, by making false or misleading statements concerning Camtek's business and financial performance and by failing to disclose material adverse facts to investors, in connection with the sale of Camtek common stock between November 22, 2005 and December 20, 2006.

### 3. Motions

Plaintiff's motion for appointment as lead plaintiff and approval of lead counsel is pending and scheduled for hearing on June 13, 2008 at 9:00 a.m. Plaintiff is not aware of any opposition to his lead plaintiff motion. *See* Notice of Non-Opposition to Motion of Yuval Lapiner for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel**,** filed concurrently herewith**.**

Plaintiff anticipates that defendants will file a motion to dismiss the current complaint or any amended complaint.

### 4. Amendment of Pleadings

Plaintiff anticipates that he will file an amended complaint in the event he is appointed lead plaintiff.

### 5.  Evidence Preservation

Plaintiff will take reasonable steps to preserve evidence relevant to the issues reasonably evident in this action.

### 6.  Discovery

The discovery stay provisions of the PSLRA are applicable to this action. Thus, all discovery is stayed pending a determination of the sufficiency of the complaint. Once an amended complaint is filed, plaintiff anticipates that defendants will challenge the sufficiency of the allegations.

### 7.  Related Cases

Plaintiff is not aware of any related or substantially similar cases or proceedings pending before another judge of this court, or before another court or administrative body.

### 8.  Disclosure of Non-Party Interested Entities or Persons

Plaintiff has filed a "Certification of Interested Entities or Persons" pursuant to Civil Local Rule 3-16 and certifies that, as of this date, other than the named parties there is no such interest to report.  Docket No. 8.

### 9.  Other Matters

Plaintiff respectfully submits that the remaining topics normally covered in a Joint Case Management Statement (*e.g.*, Settlement and ADR, Scheduling) are premature at this time. Accordingly, plaintiff respectfully requests that the June 13, 2008, Case Management Conference be continued until after the defendants have entered appearances.

DATED: June 6, 2008                    Respectfully submitted,

**GLANCY  BINKOW & GOLDBERG LLP**

By:  *s/ Peter A. Binkow*
         Lionel Z. Glancy

Peter A. Binkow
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:    (310) 201-9160

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
The Tower No. 3 Daniel Frisch Street
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Attorneys for Plaintiff Yuval Lapiner*