IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CAMTEK, LTD., RAFI AMIT, and RONIT DULBERG,<br><br>    Defendants.<br>_____ / | No. C 08-1327 MMC<br><br>**ORDER GRANTING MOTION OF YUVAL LAPINER FOR APPOINTMENT AS LEAD PLAINTIFF; APPROVING LEAD PLAINTIFF'S CHOICE OF COUNSEL** |

    Before the Court is the motion, filed May 9, 2008 by plaintiff Yuval Lapiner ("Lapiner"), for appointment as lead plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), and approval of Lapiner's counsel as co-lead counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). No opposition to the motion has been filed.

    Having read and considered the papers filed in support of the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the June 13, 2008 hearing on the matter, and, for the reasons set forth by Lapiner, hereby GRANTS the motion as follows.

    1. Lapiner is hereby APPOINTED lead plaintiff.

    2. Lapiner's selection of Glancy Binkow & Goldberg LLP and The Law Office of

//

1  Jacob Sabo as Co-Lead Counsel is hereby APPROVED.

2  **IT IS SO ORDERED.**

3  Dated: June 9, 2008

_____
MAXINE M. CHESNEY
United States District Judge