United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CAMTEK, LTD., RAFI AMIT, and RONIT DULBERG,

    Defendants.
_____/

No. C 08-1327 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of plaintiff's Case Management Statement, filed June 6, 2008, in which plaintiff notes that defendants have not yet appeared in the above-titled action and requests that the Case Management Conference scheduled for June 13, 2008 be continued until after defendants have appeared.[1]

Plaintiff having shown good cause for the relief requested, the Case Management Conference previously scheduled for June 13, 2008 is hereby CONTINUED to August 22, 2008.

**IT IS SO ORDERED.**

Dated: June 9, 2008

                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] Plaintiff states he has served defendant Camtek, Ltd., and is "in the process of serving the individual defendants." (See Case Management Statement at 2:10-14.)