1  BRUCE G. VANYO (SBN: 60134)
   EMAIL: bruce.vanyo@kattenlaw.com
2  RICHARD H. ZELICHOV (SBN: 193858)
   EMAIL: richard.zelichov@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, California 90067-3012
   Telephone: 310.788.4400
5  Facsimile: 310.788.4471

6  Attorneys for Defendants Camtek, Ltd., Rafi Amit and
   Ronit Dulberg

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | Case No. 08-cv-01327-MMC<br><br>**STIPULATION RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE** |

1

WHEREAS, plaintiff Yuval Lapiner ("Plaintiff") filed the above-entitled putative class action on March 7, 2008;

WHEREAS, the complaint alleges claims under the Securities Exchange Act of 1934 on behalf of a putative class of purchasers of Camtek, Ltd. ("Camtek") common stock (the "Complaint");

WHEREAS, this case is therefore governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, a motion for the appointment of lead plaintiff was filed on May 9, 2008;

WHEREAS, on June 9, 2008, the Court appointed Plaintiff as Lead Plaintiff under 15 U.S.C. 78u-4(a)(3)(B);

WHEREAS, the United States District Court for the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions provides that defendants are not required to respond to any complaint other than a consolidated complaint;

WHEREAS, on June 9, 2008, the Court issued an Order continuing the Case Management Conference originally scheduled for June 13, 2008 to August 22, 2008;

WHEREAS, the PSLRA imposes a discovery stay in advance of a determination that a complaint states a claim for relief against the defendants;

WHEREAS, it would be premature to require the parties to submit a Rule 26(f) report and/or a Case Management Statement -- setting forth the factual and legal issues in dispute and the timing of discovery and pre-trial submissions -- when discovery is stayed pursuant to the PSLRA, when no consolidated complaint has been filed, and when defendants will likely move to dismiss the lawsuit after a consolidated complaint is filed;

WHEREAS, for the same reasons, the parties also believe it would be premature for the Court to conduct a Case Management Conference until after the contours of plaintiffs' claims against the defendants, if any, are determined following responsive pleading motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, that:

A.   Camtek, Rafi Amit, and Ronit Dulberg hereby acknowledge proper service of the Summons and Complaint in this action, and thereby waive any defense to improper service of

process of the Summons and Complaint. By accepting service of process of the Summons and Complaint, Camtek, Mr. Amit and Ms. Dulberg do not waive any other defenses that they have in this action, including, but not limited to, a defense based on lack of personal jurisdiction;

B. None of the defendants need respond to the complaint currently on file;

C. Plaintiff shall file an amended consolidated complaint no later than August 8, 2008;

D. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than September 22, 2008;

E. If defendants' response to the amended consolidated complaint is a motion to dismiss, Plaintiff shall file any opposition to the motion to dismiss no later than October 22, 2008;

F. If such motion to dismiss is filed, defendants' reply in support of the motion to dismiss shall be filed no later than November 21, 2008;

G. The Case Management Conference scheduled for August 22, 2008 is continued until forty-five (45) days after the earlier of (1) all defendants having answered the amended consolidated complaint or (2) a final decision by the Court denying a motion to dismiss filed by any of the defendants.

Dated: June 30, 2008          KATTEN MUCHIN ROSENMAN LLP

                              By:          /s/
                                   Richard H. Zelichov

                              Attorneys for Defendants Camtek, Ltd., Rafi Amit and Ronit Dulberg

Dated: June 30, 2008          GLANCY BINKOW & GOLDBERG LLP

                              By:          /s/
                                   Robin B. Howald

                              Attorneys for Plaintiff Yuval Lapiner

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Richard H. Zelichov, am the ECF User whose identification and password are being used to file this STIPULATION RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE. I hereby attest that concurrence in the filing of this document along with the concurrently lodged proposed order has been obtained from the other signatory.

Dated: June 30, 2008                     KATTEN MUCHIN ROSENMAN LLP


                                          By:_____/s/_____
                                                Richard H. Zelichov

                                          Attorneys for Defendants Camtek, Ltd., Rafi Amit and Ronit Dulberg

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On June 30, 2008, I served the foregoing document described as **STIPULATION RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE** on all interested parties in this action:

[ X ]   (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF.

[ X ]   (BY MAIL) I also placed a true copy of the foregoing document enclosed in sealed envelope(s) addressed as indicated below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Jacob Sabo                                        Attorneys for Plaintiff
The Law Office of Jacob Sabo
The Tower No. 3 Daniel Frisch Street
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2008, at Los Angeles, California.

_____
Sandy Broff

No. 08-cv-01327-MMC
STIPULATION
31436101v1