| | |
|---|---|
| 1 | BRUCE G. VANYO (SBN: 60134) |
|   | EMAIL: bruce.vanyo@kattenlaw.com |
| 2 | RICHARD H. ZELICHOV (SBN: 193858) |
|   | EMAIL: richard.zelichov@kattenlaw.com |
| 3 | KATTEN MUCHIN ROSENMAN LLP |
|   | 2029 Century Park East, Suite 2600 |
| 4 | Los Angeles, California 90067-3012 |
|   | Telephone: 310.788.4400 |
| 5 | Facsimile: 310.788.4471 |

Attorneys for Defendants Camtek, Ltd., Rafi Amit and Ronit Dulberg

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated, | Case No. 08-cv-01327-MMC |
| Plaintiff, | [PROPOSED] ORDER RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE |
| v. | |
| CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, | |
| Defendants. | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

A. None of the defendants need respond to the complaint currently on file;

B. Plaintiff shall file an amended consolidated complaint no later than August 8, 2008;

C. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than September 22, 2008;

D. If defendants' response to the amended consolidated complaint is a motion to dismiss, Plaintiff shall file any opposition to the motion to dismiss no later than October 22, 2008;

E. If such motion to dismiss is filed, defendants' reply in support of the motion to dismiss shall be filed no later than November 21, 2008;

F. The Case Management Conference scheduled for August 22, 2008 is continued until forty-five (45) days after the earlier of (1) all defendants having answered the amended consolidated complaint or (2) a final decision by the Court denying a motion to dismiss filed by any of the defendants.

Dated: July ___, 2008         _____

United States District Court Judge

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31436101v1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On June 30, 2008, I served the foregoing document described as **[PROPOSED] ORDER RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE** on all interested parties in this action:

[ X ]   (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF.

[ X ]   (BY MAIL) I also placed a true copy of the foregoing document enclosed in sealed envelope(s) addressed as indicated below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| Jacob Sabo | Attorneys for Plaintiff |
| The Law Office of Jacob Sabo | |
| The Tower No. 3 Daniel Frisch Street | |
| 15th Floor | |
| Tel Aviv, Israel 64731 | |
| Telephone: 011 972 3 607 88 88 | |
| Facsimile: 011 972 3 607 88 89 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2008, at Los Angeles, California.

*Sandy Broff*
Sandy Broff

No. 08-cv-01327-MMC
STIPULATION AND [PROPOSED] ORDER
31436101v1

1