| | |
|---|---|
| 1 | BRUCE G. VANYO (SBN: 60134) |
|   | EMAIL: bruce.vanyo@kattenlaw.com |
| 2 | RICHARD H. ZELICHOV (SBN: 193858) |
|   | EMAIL: richard.zelichov@kattenlaw.com |
| 3 | KATTEN MUCHIN ROSENMAN LLP |
|   | 2029 Century Park East, Suite 2600 |
| 4 | Los Angeles, California 90067-3012 |
|   | Telephone: 310.788.4400 |
| 5 | Facsimile: 310.788.4471 |
| 6 | Attorneys for Defendants Camtek, Ltd., Rafi Amit and Ronit Dulberg |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated, | Case No. 08-cv-01327-MMC |
| Plaintiff, | [PROPOSED] ORDER RE SERVICE OF PROCESS, FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT, AND CASE MANAGEMENT CONFERENCE |
| v. | |
| CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, | |
| Defendants. | |

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31436101v1

1  |  [PROPOSED] ORDER

2  |  IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation,

3  |  A.  None of the defendants need respond to the complaint currently on file;

4  |  B.  Plaintiff shall file an amended consolidated complaint no later than August 8, 2008;

5  |  C.  Defendants shall answer or otherwise respond to any amended consolidated

6  |  complaint no later than September 22, 2008;

   |       If any defendant's
7  |  D.  ~~If defendants'~~ response to the amended consolidated complaint is a motion to dismiss,
   |  such motion shall be noticed for hearing no earlier than December 12, 2008, and
8  |  Plaintiff shall file any opposition to the motion to dismiss no later than October 22, 2008;

9  |  E.  If such motion to dismiss is filed, defendants' reply in support of the motion to

10 |  dismiss shall be filed no later than November 21, 2008;

11 |  F.  The Case Management Conference scheduled for August 22, 2008 is continued ~~until~~
   |  to January 30, 2009. If no defendant files a motion to dismiss, the parties may, by stipulation
12 |  ~~forty-five (45) days after the earlier of (1) all defendants having answered the amended consolidated~~
   |  and proposed order, seek to advance the Case Management Conference date.
13 |  ~~complaint or (2) a final decision by the Court denying a motion to dismiss filed by any of the~~

14 |  ~~defendants.~~

15 |

16 |  Dated: July 1, 2008                    _____

17 |                                          United States District Court Judge

18–28 |

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31436101v1