LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Attorneys for Plaintiff and Co-Lead Counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE THERON**<br><br>Hon. Maxine M. Chesney |

WHEREAS, this Court on June 9, 2008 granted Plaintiff Yuval Lapiner's motion to be appointed as lead plaintiff in the action;

WHEREAS, the Court issued its briefing Order on July 1, 2008 setting forth that Plaintiff shall file his Amended Complaint on or before August 8, 2008;

WHEREAS, Plaintiff's Co-Lead Counsel is conducting additional research regarding the allegations of the Amended Complaint;

WHEREAS, no other extension of time has been previously requested with respect to the

filing of the Amended Complaint; and,

WHEREAS, counsel for the parties have met and conferred regarding a brief, two-week extension of time in which Plaintiff may file his Amended Complaint; and,

WHEREAS, counsel for the parties have met and conferred regarding a modification of the briefing schedule with respect to Plaintiff's Amended Complaint;

IT IS HEREBY STIPULATED, by and between the parties, that:

1. Plaintiff shall have a two-week extension of time, up to and including August 22, 2008, in which to file and serve his Amended Complaint;

2. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than October 6, 2008;

3. If Defendants' response to the Amended Complaint is a motion to dismiss, Plaintiff shall file any opposition to the motion to dismiss no later than November 6, 2008; and

///
///
///

1  4.   If such motion to dismiss is filed, defendants' reply in support
2      of the motion to dismiss shall be filed no later than December 8, 2008.

Dated: August 8, 2008          **GLANCY BINKOW & GOLDBERG LLP**

                               _/s/ Peter A. Binkow_
                               Peter A. Binkow

                               LIONEL Z. GLANCY (#134180)
                               PETER A. BINKOW (#173848)
                               GLANCY BINKOW & GOLDBERG LLP
                               1801 Avenue of the Stars, Suite 311
                               Los Angeles, California 90067
                               Telephone: (310) 201-9150
                               Facsimile: (310) 201-9160
                               Email: info@glancylaw.com

                               JACOB SABO
                               THE LAW OFFICE OF JACOB SABO
                               The Tower, No. 3 Daniel Frisch St.
                               15th Floor
                               Tel Aviv, Israel 64731
                               Telephone: 011 972 3 607 88 88
                               Facsimile: 011 972 3 607 88 89

                               Plaintiff's Co-Lead Counsel

Dated: August 8, 2008          **KATTEN MUCHIN ROSENMAN LLP**

                               _/s/ Bruce G. Vanyo_
                               Bruce G. Vanyo

                               BRUCE G. VANYO
                               2029 Century Park East, Suite 2600
                               Los Angeles, California 90067
                               Telephone: (310) 788-4401
                               Facsimile: (310) 712-8273
                               Email: bruce.vanyo@kattenlaw.com

                               Counsel for Defendants CAMTEK, LTD., RAFI AMIT and
                               RONIT DULBERG

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

Attorneys for Plaintiff and Co-Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME IN WHICH TO FILE HIS AMENDED COMPLAINT**<br><br>Hon. Maxine M. Chesney |

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Plaintiff shall have a two-week extension of time, up to and including August 22, 2008, in which to file his Amended Complaint;

2. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than October 6, 2008;

3. If Defendants' response to the Amended Complaint is a motion to dismiss, Plaintiff shall file any opposition to the motion to dismiss no later than November 6, 2008; and

4. If such motion to dismiss is filed, defendants' reply in support of the motion to dismiss shall be filed no later than December 8, 2008.

Dated: _____          _____
                                   Hon. Maxine M. Chesney
                                   United States District Judge

Submitted by:

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

Plaintiff's Co-Lead Counsel