1  LIONEL Z. GLANCY #134180
   PETER A. BINKOW (#173848)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, California 90067
   Telephone:    (310) 201-9150
4  Facsimile:    (310) 201-9160
   Email: info@glancylaw.com
5

6  Attorneys for Plaintiff Yuval Lapiner
   *[Additional Counsel on Signature Page]*

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                         (SAN JOSE DIVISION)
9

| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, | No. 08-cv-01327-MMC |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, | |
| Defendants. | |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On August 08, 2008 I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **STIPULATION TO EXTEND TIME IN WHICH TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE THEREON;**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME IN WHICH TO FILE HIS AMENDED COMPLAINT.**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

### SEE SERVICE LIST

Executed on August 08, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Zabella O. Moore*

**Zabella O. Moore**

## SERVICE LIST

## Electronically to all ECF-Registered Entities

3:08-cv-1327 Notice has been electronically mailed to:

Lionel Z. Glancy     info@glancylaw.com

Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com

Richard H. Zelichov     richard.zelichov@kattenlaw.com

3:08-cv-1327 Notice has been delivered by other means to:

Jacob Sabo
Law Offices of Jacob Sabo
The Tower No.3
Daniel Frisch Street
15th Floor
Tel Aviv, 64731
Israel