LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Attorneys for Plaintiff and Co-Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME IN WHICH TO FILE HIS AMENDED COMPLAINT**<br><br>Hon. Maxine M. Chesney |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Plaintiff shall have a two-week extension of time, up to and including August 22, 2008, in which to file his Amended Complaint;

2. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than October 6, 2008;

3. If any defendant's response to the Amended Complaint is a motion to dismiss, such motion shall be noticed for hearing no earlier than January 9, 2009, and Plaintiff shall file any opposition to the motion to dismiss no later than November 6, 2008; and

4. If such motion to dismiss is filed, defendants' reply in support of the motion to dismiss shall be filed no later than December 8, 2008.

Dated: __August 18, 2008____    _____
Hon. Maxine M. Chesney
United States District Judge

Submitted by:

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Plaintiff's Co-Lead Counsel