LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, <br><br> Defendants. | No. C 08-01327 MMC <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND FOR ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT** <br><br> **[CIVIL L.R. 11.5]** <br> **[US CODE, Title III, Rule 24c]** <br><br> Date: October 17, 2008 <br> Time: 9:00 a.m. <br> Hon.  Maxine M. Chesney |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 17, 2008, at 9:00 a.m. or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Maxine M. Chesney, situated at 450 Golden Gate Ave., San Francisco, California 94102, the law firms of Glancy Binkow & Goldberg LLP and The Law Offices of Jacob Sabo (hereafter, "Movants") will move, and hereby do move, pursuant to Civil Local Rule 11-5, for an Order permitting Movants to withdraw as Co-Lead Counsel in the captioned matter, and for an Order granting Plaintiff Yuval Lapiner ("Plaintiff") an extension of time in which to file his Amended Complaint on the ground that Plaintiff must seek new lead counsel ("Motion to Withdraw and For Extension of Time" or "Motion").

Good cause exists for the granting of the Motion as set forth in the Declaration of Lionel Z. Glancy ("Glancy Declaration") filed concurrently herewith under seal.

This Motion and is based on this Notice, the attached memorandum of points and authorities, the aforementioned Glancy Declaration, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at the hearing on the Motion.

## MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES

### A. Good Cause Exists

Plaintiff and Co-Lead Counsel have irreconcilable differences over the management and direction of the litigation. Co-Lead Counsel suggest that under these circumstances, they are unable to represent plaintiff, and therefore move to withdraw as counsel of record. *See* Glancy Declaration.

### B. Required Written Notice Has Been Effected

On June 9, 2008, this Court approved Plaintiff's selection of the undersigned attorneys as Co-Lead Counsel for Plaintiff and a proposed class in the captioned matter. However, for reasons constituting good cause set forth in the Declaration of Lionel Z. Glancy, Co-Lead Counsel now intend to withdraw, and have notified Plaintiff and appearing defendants of their intent to do so reasonably in advance of the scheduled hearing on the Motion. *See* Local Rule 11.5(a): "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given

1  reasonably in advance to the client and to all other parties who have appeared in the case."

2  Co-Lead Counsel's intent to withdraw as counsel in this case has been effected both verbally
3  and in writing, as required by Local Rule 11-5(a). The primary method of communication with
4  Plaintiff during its representation has been via e-mail. In addition, Lionel Z. Glancy of Glancy
5  Binkow & Goldberg LLP has met with Mr. Lapiner personally on two separate occasions in Israel,
6  where the possibility of not continuing to pursue the action was discussed. Advance written notice
7  of Co-Lead Counsel's intention to withdraw as counsel for Plaintiff was served on Plaintiff by e-mail
8  on August 21, 2008.

9  **C.    Compliance With US Code, Title III, Rule 24(c)**

10  **1.    Contact Information Re Plaintiff**

11  In compliance with US Code, Title III, Rule 24, Plaintiff's current contact information is set
12  forth in the Declaration of Lionel Z. Glancy filed concurrently herewith. *See* US Code Title III, Rule
13  24(c): "A motion to withdraw as counsel... [shall]... state the then-current mailing address and
14  telephone number of the party in respect of whom or by whom the motion is filed."  At this time the
15  most efficient method of contacting Mr. Lapiner–even for service of this motion– is via e-mail. Co-
16  Lead Counsel intends to serve a hard copy of his motion via the regular Israeli mail system after its
17  filing. In compliance with this rule, however, Co-Lead Counsel will provide the Court with Mr.
18  Lapiner's address and telephone number as soon as possible.

19  **2.    No Party Has Objected to the Notice of Intent to Withdraw**

20  No party to the action has stated any objection to Co-Lead Counsel's request to withdraw.
21  *See* US Code Title III, Rule 24(c): "Counsel of record desiring to withdraw such counsel's
22  appearance, or any party desiring to withdraw the appearance of counsel of record for such party,
23  must file a motion with the Court requesting leave therefor... and stating whether there is any
24  objection to the motion."

**D. Plaintiff Should Be Granted an Extension of Time to File His Amended Complaint Because He Must Seek New Counsel**

Defendants have been served with Plaintiff's initial complaint, but the parties have filed a Stipulation permitting Defendants to respond to an Amended Complaint. This Stipulation was granted by the Court, and Plaintiff is under order to file his Amended Complaint by August 22, 2008. *See "Order Granting Plaintiff an Extension of Time in Which to File His Amended Complaint; Briefing Schedule on Any Motion to Dismiss"* ("Order") signed by this Court on August 18, 2008, and attached hereto as Exhibit A. In this Order the Court approved an extended briefing schedule and provided that the hearing date on any motion to dismiss should be noticed no earlier than January 9, 2009. In light of Co-Lead Counsel's Motion to Withdraw, Plaintiff is unable to file his Amended Complaint by August 22, 2008. Movants therefore request that Plaintiff be given at least a two-week extension of time to file his Amended Complaint so that he may seek new counsel. This two-week extension of time should not materially affect the maintenance of the extended briefing schedule contemplated by the Court's Order. Moreover, it is anticipated if new counsel is obtained, that the parties can mutually agree to a modified briefing schedule.

**CONCLUSION**

For the foregoing reasons, Movants respectfully ask the Court to grant their Motion To Withdraw as Co-Lead Counsel, and to enter an Order permitting Plaintiff an additional two-week extension of time in which to file his Amended Complaint, or such other date as the Court may deem just and proper.

Dated: August 21, 2008          Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By:     /s/ *Lionel Z. Glancy*
      Lionel Z. Glancy
      Peter A. Binkow

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
The Tower No.3 Daniel Frisch St. 15th Floor
Tel Aviv, Israel 64731
Telephone:    011 972 3 607 88 88
Facsimile:    011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*

# EXHIBIT A

1  LIONEL Z. GLANCY (#134180)
2  PETER A. BINKOW (#173848)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile:  (310) 201-9160
5  Email: info@glancylaw.com

6  JACOB SABO
   THE LAW OFFICE OF JACOB SABO
7  The Tower, No. 3 Daniel Frisch St.
   15th Floor
8  Tel Aviv, Israel 64731
   Telephone: 011 972 3 607 88 88
9  Facsimile:  011 972 3 607 88 89

10 Attorneys for Plaintiff and Co-Lead Counsel

11             UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA

13 | YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, | No. C 08-01327 MMC
14 | | [PROPOSED] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME IN WHICH TO FILE HIS AMENDED COMPLAINT
15 | Plaintiff, |
16 | v. |
17 | CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, |
18 | | Hon. Maxine M. Chesney
19 | Defendants. |

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Plaintiff shall have a two-week extension of time, up to and including August 22, 2008, in which to file his Amended Complaint;

2. Defendants shall answer or otherwise respond to any amended consolidated complaint no later than October 6, 2008;

3. If any defendant's response to the Amended Complaint is a motion to dismiss, such motion shall be noticed for hearing no earlier than January 9, 2009, and Plaintiff shall file any opposition to the motion to dismiss no later than November 6, 2008; and

4. If such motion to dismiss is filed, defendants' reply in support of the motion to dismiss shall be filed no later than December 8, 2008.

Dated: __August 18, 2008__

_____
Hon. Maxine M. Chesney
United States District Judge

Submitted by:

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Plaintiff's Co-Lead Counsel

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On August 21, 2008 I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND FOR ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT;**

2. **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND FOR ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT [UNDER SEAL]**

3. **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND FOR ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on August 21, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.


          */s/ Daniel C. Rann*
          Daniel C. Rann

**SERVICE LIST**
**Electronically to all ECF-Registered Entities**

3:08-cv-1327 Notice has been electronically mailed to:

Lionel Z. Glancy    info@glancylaw.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Richard H. Zelichov    richard.zelichov@kattenlaw.com

3:08-cv-1327 Notice has been delivered by other means to:

Jacob Sabo
Law Offices of Jacob Sabo
The Tower No.3
Daniel Frisch Street
15th Floor
Tel Aviv, 64731
Israel