LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**NOTICE OF MANUAL FILING OF DOCUMENT UNDER SEAL:**<br><br>**DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND FOR ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT**<br><br>**[CIVIL L.R. 11.5]**<br>**[US CODE, Title III, Rule 24c]**<br><br>Date:  October 17, 2008<br>Time:  9:00 a.m.<br>Hon.   Maxine M. Chesney |

**[FILED UNDER SEAL]**

---

No. C 08-01327 MMC: NOTICE O F MANUAL FILING OF DOCUMENT UNDER SEAL:
DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF
MOTION TO WITHDRAW AS CO-LEAD COUNSEL AND FOR ORDER GRANTING EXTENSION OF TIME

PLEASE TAKE NOTICE that the Declaration of Lionel Z. Glancy in Support of Motion to Withdraw as Co-lead Counsel, and for Order Granting Plaintiff an Extension of Time to File His Amended Complaint has been filed as a hard copy with the Clerk of the Court, UNDER SEAL.

Dated: August 21, 2008              Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By:  /s/ *Lionel Z. Glancy*
        Lionel Z. Glancy
        Peter A. Binkow

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
The Tower No.3 Daniel Frisch St. 15th Floor
Tel Aviv, Israel 64731
Telephone:    011 972 3 607 88 88
Facsimile:     011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*