LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

***Co-Lead Counsel and Movants Seeking
Permission to Withdraw***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS CO-LEAD COUNSEL, AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT**<br><br>**[CIVIL L.R. 11.5]**<br>**[US CODE, Title III, Rule 24c]**<br><br>Date:    October 17, 2008<br>Time:   9:00 a.m.<br>Hon.    Maxine M. Chesney |

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

    1) The motion of Glancy Binkow & Goldberg LLP and the Law Offices of Jacob Sabo to withdraw as Co-Lead Counsel for Plaintiff Yuval Lapiner and the proposed class in the captioned matter is hereby **GRANTED;** and that

    2) Plaintiff Yuval Lapiner shall have an extension of time up to and including _____, 2008, in which to file his Amended Complaint.

Dated: October ___, 2008

                                  _____
                                    Hon. Maxine M. Chesney
                                    United States District Judge

Submitted by:

LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking*
*Permission to Withdraw*

No. C 08-01327 MMC: PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS CO-LEAD COUNSEL
AND FOR ORDER GRANTING EXTENSION OF TIME

1