IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAMTEK, LTD., RAFI AMIT, and RONIT DULBERG,<br><br>　　　　　Defendants. | No. C 08-1327 MMC<br><br>**ORDER RE: DOCUMENT SUBMITTED FOR FILING UNDER SEAL** |

　　　　The Court is in receipt of plaintiff's submission of August 22, 2008 to be filed under seal, specifically, the "Declaration of Lionel Z. Glancy in Support of Motion to Withdraw as Co-Lead Counsel, and for Order Granting Plaintiff an Extension of Time to File his Amended Complaint."

　　　　Pursuant to Rule 79-5(a) of the Civil Local Rules, "[n]o document may be filed under seal . . . except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof." See Civil L.R. 79-5(a). Plaintiff has not sought or obtained such an order, and, in the absence thereof, the document submitted by plaintiff may not be filed under seal.

　　　　Accordingly, if plaintiff wishes to file the above-referenced document under seal, plaintiff shall file, no later than August 29, 2008, an administrative motion for a sealing order

1  in compliance with the Local Rules of this District.  <u>See</u>, <u>e.g.</u>, Civil L.R. 79-5(b) (providing
2  procedures for filing administrative motion, where counsel seeks to file entire document
3  under seal).
4      **IT IS SO ORDERED.**
5  Dated: August 25, 2008

                                              _____
                                              MAXINE M. CHESNEY
6                                             United States District Judge