LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMTEK, LTD., RAFI AMIT and RONIT DULBERG, <br><br> Defendants. | No. C 08-01327 MMC <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING DOCUMENT TO BE FILED UNDER SEAL** <br><br> **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT THEREOF** <br><br> Date:   October 17, 2008 <br> Time:  9:00 a.m. <br> Hon.    Maxine M. Chesney |

   Pursuant to Order of this Court filed August 25, 2008, and Local Rules, Plaintiff hereby submits his Administrative Motion for Order Permitting Document to be Filed Under Seal.

**Paper Submitted for Filing In Its Entirety, Under Seal**

On August 22, 2008, Plaintiff submitted a supporting declaration to Co-Lead Counsel's Motion to Withdraw and for Extension of Time for Plaintiff to File His Amended Complaint ("Motion to Withdraw") for filing under seal, without first obtaining an order under Civil Local Rules. Pursuant to Order of this Court filed on August 25, 2008[1], and Civil Local Rules 7-11 and 79-5(c), Co-Lead Counsel for Plaintiff Yuval Lapiner hereby files its Administrative Motion for said Order, and respectfully requests leave of Court to file under seal, in its entirety, the following document:

**The Declaration of Lionel Z. Glancy in Support of
Motion to Withdraw as Co-Lead Counsel,
and for Order Granting Plaintiff an Extension of Time to File His Amended Complaint
("Declaration Re Withdrawal")**

Plaintiff asks that the Court permit the document to be sealed in its entirety. Good cause exists, as the Declaration Re Withdrawal contains, <u>inter alia</u>, contact information regarding Plaintiff which is confidential, and other information about the case which should remain sealed from public viewing.

As required by Civil Local Rule 79-5(b), counsel has lodged the document with the Clerk indicating on its face page that the document should be filed under seal in its entirety.

Dated: August 28, 2008               GLANCY BINKOW & GOLDBERG LLP

                                     _____*s/Lionel Z. Glancy*_____
                                     Lionel Z. Glancy

                                     LIONEL Z. GLANCY (#134180)
                                     PETER A. BINKOW (#173848)
                                     1801 Avenue of the Stars, Suite 311
                                     Los Angeles, California  90067
                                     Telephone: (310) 201-9150
                                     Facsimile:  (310) 201-9160
                                     Email: info@glancylaw.com

---

[1]Attached hereto as Exhibit "A."

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Co-Lead Counsel and Movants Seeking Permission to Withdraw*

**SUPPORTING DECLARATION OF LIONEL Z. GLANCY**

I, Lionel Z. Glancy, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a partner of Glancy Binkow & Goldberg LLP, attorneys of record for Plaintiff Yuval Lapiner. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The representations regarding the appropriateness of maintaining confidentiality of certain information in my Declaration Re Withdrawal, made above in this Administrative Motion, are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 28th day of August, 2008, at Los Angeles, California.

_s/Lionel Z. Glancy_____
Lionel Z. Glancy

# EXHIBIT A - ORDER

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  YUVAL LAPINER, Individually and on Behalf          No. C 08-1327 MMC
    of All Others Similarly Situated,
12                                                    **ORDER RE: DOCUMENT SUBMITTED**
              Plaintiff,                              **FOR FILING UNDER SEAL**
13
       v.
14
    CAMTEK, LTD., RAFI AMIT, and RONIT
15  DULBERG,

16            Defendants.
                                              /
17

18       The Court is in receipt of plaintiff's submission of August 22, 2008 to be filed under

19  seal, specifically, the "Declaration of Lionel Z. Glancy in Support of Motion to Withdraw as

20  Co-Lead Counsel, and for Order Granting Plaintiff an Extension of Time to File his

21  Amended Complaint."

22       Pursuant to Rule 79-5(a) of the Civil Local Rules, "[n]o document may be filed under

23  seal . . . except pursuant to a Court order that authorizes the sealing of the particular

24  document, or portions thereof."  See Civil L.R. 79-5(a).  Plaintiff has not sought or obtained

25  such an order, and, in the absence thereof, the document submitted by plaintiff may not be

26  filed under seal.

27       Accordingly, if plaintiff wishes to file the above-referenced document under seal,

28  plaintiff shall file, no later than August 29, 2008, an administrative motion for a sealing order

1 in compliance with the Local Rules of this District.  See, e.g., Civil L.R. 79-5(b) (providing
2 procedures for filing administrative motion, where counsel seeks to file entire document
3 under seal).
4 **IT IS SO ORDERED.**
5 Dated: August 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On August 28, 2008 I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1.   **ADMINISTRATIVE MOTION FOR ORDER PERMITTING FILING UNDER SEAL; DECLARATION OF LIONEL Z. GLANCY IN SUPPORT THEREOF**

2.   **PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on August 28, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel C. Rann*
Daniel C. Rann

SERVICE LIST
Electronically to all ECF-Registered Entities

3:08-cv-1327 Notice has been electronically mailed to:

Lionel Z. Glancy   info@glancylaw.com

Peter Arthur Binkow   info@glancylaw.com, pbinkow@glancylaw.com

Richard H. Zelichov   richard.zelichov@kattenlaw.com

3:08-cv-1327 Notice has been delivered by other means to:

Jacob Sabo
Law Offices of Jacob Sabo
The Tower No.3
Daniel Frisch Street
15th Floor
Tel Aviv, 64731
Israel