1  LIONEL Z. GLANCY (#134180)
2  PETER A. BINKOW (#173848)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile:  (310) 201-9160
5  Email: info@glancylaw.com

6  JACOB SABO
   THE LAW OFFICE OF JACOB SABO
7  The Tower, No. 3 Daniel Frisch St.
   15th Floor
8  Tel Aviv, Israel 64731
   Telephone: 011 972 3 607 88 88
9  Facsimile:  011 972 3 607 88 89

10 *Co-Lead Counsel and Movants Seeking
   Permission to Withdraw*
11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION PERMITTING DOCUMENT TO BE FILED UNDER SEAL**<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Hon.  Maxine M. Chesney |

No. C 08-01327 MMC: ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER TO FILE DOCUMENT UNDER SEAL
DECLARATION IN SUPPORT THEREOF

**[PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that the following document shall be received and filed under seal in its entirety by the Clerk:

1. The Declaration of Lionel Z. Glancy in Support of Motion to Withdraw as Co-Lead Counsel, and for Order Granting Plaintiff an Extension of Time to File His Amended Complaint.

Dated: ~~August~~ September 2, 2008

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge