IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMTEK, LTD., et al.,<br><br>  Defendants.<br>_____ / | No. C-08-1327 MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS CO-LEAD COUNSEL; NOTICE TO LEAD PLAINTIFF RE: NEED TO OBTAIN NEW COUNSEL; GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

      Before the Court is the "Motion to Withdraw as Co-Lead Counsel, and for Order Granting Plaintiff an Extension of Time to File His Amended Complaint," filed August 21, 2008 by Co-Lead Counsel for plaintiff Yuval Lapiner ("Lapiner") and the proposed class. No opposition has been filed. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for October 17, 2008, and rules as follows:

      1. For the reasons stated by counsel, the motion is hereby GRANTED, and Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo are hereby RELIEVED as Co-Lead Counsel, subject to the following conditions:

          a. Said counsel shall file, no later than October 17, 2008, a statement by which counsel provides the Court and opposing counsel with Lapiner's current address and telephone number, as well as any other contact information said counsel deems

appropriate; and

        b. Until such date as Lapiner may obtain new counsel and such counsel is approved by the Court as Lead Counsel, the above-referenced counsel shall continue to receive documents filed in the instant action and shall forward such documents to Lapiner.

    2. The request for an extension is hereby GRANTED; Lapiner shall file his First Amended Complaint, if any, no later than October 17, 2008.

    3. Lapiner is hereby NOTIFIED that, under 15 U.S.C. § 78u-4(a)(3)(B)(v), he may not represent the proposed class.  Accordingly, if Lapiner does not move for approval of his choice of Lead Counsel by October 31, 2008, the Court will strike the class action allegations in the Complaint and the instant action will thereafter proceed as an individual action.

**IT IS SO ORDERED.**

Dated:  October 6, 2008

                                            MAXINE M. CHESNEY  
                                            United States District Judge