**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

  v.

CAMTEK, LTD., et al.,

          Defendants.

————————————————————/

No. C-08-1327 MMC

**ORDER TO SHOW CAUSE**

On October 6, 2008, the Court granted the Motion to Withdraw as Co-Lead Counsel, filed by counsel for plaintiff Yuval Lapiner ("Lapiner"), on condition that, <u>inter alia</u>, said counsel file "no later than October 17, 2008, a statement by which counsel provides the Court and opposing counsel with Lapiner's current address and telephone number, as well as any other contact information said counsel deems appropriate." (<u>See</u> Order filed October 6, 2008.)  To date, no such statement has been filed.

Accordingly, Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo are hereby ORDERED TO SHOW CAUSE, in writing and no later than November 7, 2008, as to why the Court should not reconsider its order filed October 6, 2008 and/or sanctions should not be imposed.

    **IT IS SO ORDERED.**

Dated:  October 27, 2008

                                        _____
                                    MAXINE M. CHESNEY
                                    United States District Judge