LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JACOB SABO
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile:  011 972 3 607 88 89

*Respondents to Order to Show Cause*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | No. C 08-01327 MMC<br><br>**[PROPOSED]** **ORDER GRANTING MOTION PERMITTING  DOCUMENT TO BE FILED UNDER SEAL**<br><br>DATE: December 5, 2008<br>TIME: 9:00 a.m.<br>Hon.    Maxine M. Chesney |

---

No. C 08-01327 MMC: ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER TO FILE DOCUMENT UNDER SEAL
DECLARATION IN SUPPORT THEREOF

## [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that the following document shall be received and filed under seal in its entirety by the Clerk:

Declaration of Lionel Z. Glancy in Response to Order to Show Cause

Dated: November 12, 2008

_____
Hon. Maxine M. Chesney
United States District Judge