United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>CAMTEK, LTD., et al.,<br><br>                Defendants.<br>_____/ | No. C-8-1327 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Before the Court is the Response to Order to Show Cause, filed November 7, 2008 by Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo.

The Court having read and considered the Response and the Declaration filed in support thereof, the Order to Show Cause filed October 27, 2008 is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated:  November 12, 2008

_____
MAXINE M. CHESNEY
United States District Judge