1  BRUCE G. VANYO (SBN: 60134)
   EMAIL: bruce.vanyo@kattenlaw.com
2  RICHARD H. ZELICHOV (SBN: 193858)
   EMAIL: richard.zelichov@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, California  90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants
   Camtek, Ltd., Rafi Amit and Ronit Dulberg

7

8

                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      (SAN FRANCISCO DIVISION)

11  YUVAL LAPINER, Individually and on          Case No. 08-cv-01327-MMC
    Behalf of All Other Similarly Situated,
12                                              [PROPOSED] ORDER RE RESPONSE TO
                    Plaintiff,                  CONSOLIDATED COMPLAINT AND
13                                              CASE MANAGEMENT CONFERENCE

14  CAMTEK, LTD., RAFI AMIT and RONIT
    DULBERG,
15
                    Defendants.
16

17

18

...

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31436101v1

1  ~~[PROPOSED]~~ ORDER

2  IT IS HEREBY ORDERED THAT:

3  A.  Defendants shall answer or otherwise respond to any amended consolidated
4  complaint no later than February 16, 2009;

5  B.  If Defendants' response to the amended consolidated complaint is a motion to
6  dismiss, Plaintiff shall file any opposition to the motion to dismiss no later than April 2, 2009;

7  C.  If such motion to dismiss is filed, Defendants' reply in support of the motion to
8  dismiss shall be filed no later than May 4, 2009;  and the hearing thereon shall be on June 5, 2009.

9  D.  The Case Management Conference scheduled for January 30, 2009 is continued ~~until~~
    to July 10, 2009. 
10  ~~forty-five (45) days after the earlier of (1) all Defendants having answered the amended consolidated~~
11  ~~complaint or (2) a final decision by the Court denying a motion to dismiss filed by any of the~~
12  ~~Defendants~~.

13

14  Dated: January _5_, 2009                    _____
                                                 Maxine M. Chesney
15                                               United States District Court Judge