| | |
|---|---|
| 1 | BRUCE G. VANYO (SBN: 60134) |
| | EMAIL: bruce.vanyo@kattenlaw.com |
| 2 | RICHARD H. ZELICHOV (SBN: 193858) |
| | EMAIL: richard.zelichov@kattenlaw.com |
| 3 | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| 4 | Los Angeles, California  90067-3012 |
| | Telephone:  310.788.4400 |
| 5 | Facsimile:  310.788.4471 |

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>~~[PROPOSED]~~ **ORDER RE:**<br><br>**(A) SERVICE OF PROCESS;**<br><br>**(B) REQUEST BY DEFENDANTS TO ALLOW THEIR MOTION TO DISMISS ON BEHALF OF ALL DEFENDANTS TO BE 30 PAGES IN LENGTH; AND**<br><br>**(C) MINOR MODIFICATION TO BRIEFING SCHEDULE DUE TO PRESIDENT'S DAY** |

# ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED THAT:

A.    Defendants shall have 30 pages for their motion to dismiss the Consolidated Amended Class Action Complaint ("CAC").

B.    Defendants shall answer or otherwise respond to the CAC no later than February 17, 2009 and the schedule set by the Court in its January 5, 2009 order shall otherwise remain the same.

Dated: January 22, 2009

_____
United States District Court Judge