1  CHRISTOPHER LOVELL
   VICTOR E. STEWART
2  LOVELL STEWART HALEBIAN, LLP
   500 Fifth Avenue
3  New York, New York 10110
   Telephone:  (212) 608-1900
4  Facsimile:   (212) 719-4677
   ISiddiqui@lshllp.com
5
   Proposed Lead Counsel
6
   ROBERT C. SCHUBERT S.B.N. 62684
7  WILLEM F. JONCKHEER S.B.N. 178748
   DUSTIN L. SCHUBERT S.B.N. 254876
8  SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
   Three Embarcadero Center, Suite 1650
9  San Francisco, CA 94111
   Telephone: (415) 788-4220
10 Facsimile: (415) 788-0161
   wjonckheer@schubertlawfirm.com
11
   Local Counsel for Plaintiff
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated, | Master File No. C 08-01327 MMC |
|---|---|---|
| 17 | | CLASS ACTION |
| 18 | Plaintiff, | [PROPOSED] ORDER MODIFYNG BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |
| 19 | v. | |
| 20 | CAMTEK, LTD., et al., | |
| 21 | Defendants. | |

22

23

24

25

   Master File No. C 08-01327 MMC

                                    4

1   Pursuant to stipulation of the parties, it is hereby ordered that plaintiff's opposition brief
2 to defendants' motion to dismiss shall be filed on April 10, 2009, and defendants' reply brief in
3 support of their motion to dismiss shall be filed on May 11, 2009. The June 5, 2009 hearing date
4 on defendants' motion to dismiss shall remain unchanged.

6 Date: April 1, 2009

_____
U.S. District Judge

Master File No. C 08-01327 MMC