1  BRUCE G. VANYO (SBN: 60134)
   EMAIL: bruce.vanyo@kattenlaw.com
2  RICHARD H. ZELICHOV (SBN: 193858)
   EMAIL: richard.zelichov@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, California  90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants
   Camtek, Ltd., Rafi Amit, Ronit Dulberg,
7  Yotam Stern, and Moshe Amit

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                (SAN FRANCISCO DIVISION)

11

| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated, | Case No. 08-cv-01327-MMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: |
| v. | ((A) CASE MANAGEMENT CONFERENCE; AND |
| CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT | (B) SECOND AMENDED CONSOLIDATED COMPLAINT |
| Defendants. | |

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31468849

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

A. Plaintiff shall file any second consolidated amended class action complaint by no later than July 10, 2009.

B. Defendants shall answer or otherwise respond to any second consolidated amended class action complaint by no later than August 14, 2009.

C. The Case Management Conference currently scheduled for July 10, 2009 shall be continued until November 13, 2009.

Dated: July 1__, 2009

_____
United States District Court Judge