| | |
|---|---|
| 1 | BRUCE G. VANYO (SBN: 60134) |
| | EMAIL: bruce.vanyo@kattenlaw.com |
| 2 | RICHARD H. ZELICHOV (SBN: 193858) |
| | EMAIL: richard.zelichov@kattenlaw.com |
| 3 | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| 4 | Los Angeles, California  90067-3012 |
| | Telephone:  310.788.4400 |
| 5 | Facsimile:  310.788.4471 |

Attorneys for Defendants
Camtek, Ltd., Rafi Amit and Ronit Dulberg

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT and RONIT DULBERG,<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>~~[PROPOSED]~~ **ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

A.   Defendants shall file their motion to dismiss Plaintiff's Second Amended Complaint (the "Motion to Dismiss) by August 17, 2009.

B.   Plaintiff shall file ~~their~~ his opposition to the Motion to Dismiss by September 17, 2009.

C.   Defendants shall file their reply in support of the Motion to Dismiss by October 16, 2009.

D.   Defendants' Motion to Dismiss shall be heard by the Court on October 30, 2009.

Dated: August 7, 2009

_____
United States District Court Judge