BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT,<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>**[PROPOSED] ORDER RE: RESCHEDULING HEARING DATE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

The hearing on the Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, currently scheduled for October 30, 2009 at 9:00 a.m., shall be rescheduled for November 13, 2009 ~~November 6, 2009~~ at 9:00 a.m. Opposition papers shall be filed no later than October 16, 2009 and reply papers no later than October 23, 2009.

Dated: October 13, 2009

*Maxine M. Chesney*
United States District Court Judge