1  BRUCE G. VANYO (SBN: 60134)
   EMAIL: bruce.vanyo@kattenlaw.com
2  RICHARD H. ZELICHOV (SBN: 193858)
   EMAIL: richard.zelichov@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, California  90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants
   Camtek, Ltd., Rafi Amit, Ronit Dulberg,
7  Yotam Stern, and Moshe Amit

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>[~~PROPOSED~~] **ORDER RE:  CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

A. The Case Management Conference currently scheduled for November 13, 2009 shall be continued until January 8, 2010.  A joint Case Management Statement shall be filed no later than December 31, 2009.

B. ~~The Notice re: Noncompliance with Court Order dated October 26, 2009 is withdrawn.~~ In light of the continuance ordered herein, the date for filing the ADR Certification, with Stipulation and Notice, is EXTENDED from October 23, 2009 to December 18, 2009.

C. The hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint shall remain on November 13, 2009, unless the court takes the motion under submission and/or vacates the hearing.

Dated: ~~October ___,~~ November 3, 2009

_____
United States District Court Judge