IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMTEK, LTD., et al., <br><br> Defendants / | No. C-08-1327 MMC <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Before the Court is defendants Camtek, Ltd., Rafi Amit, Ronit Dulberg, Yotam Stern, and Moshe Amit's (collectively, "defendants") Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, filed August 17, 2009. Plaintiff Yuval Lapiner has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for November 13, 2009.

**IT IS SO ORDERED.**

Dated: November 4, 2009

MAXINE M. CHESNEY
United States District Judge