CHRISTOPHER LOVELL
VICTOR E. STEWART
LOVELL STEWART HALEBIAN, LLP
61 Broadway, Suite 501
New York, New York 10006
Telephone:  (212) 608-1900
Facsimile:   (212) 719-4677

Lead Counsel

ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
DUSTIN L. SCHUBERT S.B.N. 254876
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Local Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., et al.,<br><br>Defendants. | **Master File No. C 08-01327 MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE THE SUPPLEMENTAL DECLARATION OF VICTOR E. STEWART IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR JUDICIAL NOTICE [L.R. 7-11]**<br><br>**Judge:**     Hon. Maxine M. Chesney |

Good causing having been shown and there being no opposition thereto,

1 ~~Good cause shown~~, IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motion to

2 File the Supplemental Declaration of Victor E. Stewart in Support of Plaintiff's Combined

3 Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint

4 and Request for Judicial Notice is GRANTED.

7 IT IS SO ORDERED.

9 Dated: _November 13, 2009___                    _____/s/ Maxine M. Chesney_____

10                                                Honorable Maxine M. Chesney

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

28 [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE THE SUPPLEMENTAL DECLARATION OF VICTOR E. STEWART IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR JUDICIAL NOTICE

1