BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>~~[PROPOSED]~~ **ORDER RE: CASE MANAGEMENT CONFERENCE** |

1 | **[PROPOSED] ORDER**

2 | IT IS HEREBY ORDERED THAT:

3 | The Case Management Conference currently scheduled for February 19, 2010 shall be
4 | continued until ~~April 23, 2010~~ May 14, 2010. A Joint Case Management Statement shall be filed no later than May 7, 2010.

6 | Dated: January 28, 2010

_____
United States District Court Judge

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | |
| 3 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067. |
| 4 | |
| 5 | On January 26, 2010, I served the foregoing document described as **[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** on all interested parties in this action: |
| 6 | [ X ]  (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF. |
| 7 | |
| 8 | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 9 | |
| 10 | Executed on January 26, 2010, at Los Angeles, California. |


1    PROOF OF SERVICE

2    I am employed in the County of Los Angeles, State of California. I am over the age of 18
3    and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029
     Century Park East, Suite 2600, Los Angeles, California 90067.

4    On January 26, 2010, I served the foregoing document described as **[PROPOSED] ORDER
     RE: CASE MANAGEMENT CONFERENCE** on all interested parties in this action:
5    [ X ]    (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's
6    practice of collection and processing of document(s) to be transmitted electronically in Portable
     Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed
7    electronically with the Clerk of the Court through ECF.

8    I declare that I am employed in the office of a member of the bar of this court at whose
     direction the service was made.
9
10   Executed on January 26, 2010, at Los Angeles, California.

11

12                                          _____/s/_____
                                            Yuval M. Rogson
13

14–28

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31512408