BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>~~[PROPOSED]~~ **ORDER RE:  CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for May 14, 2010 shall be continued until July 9, 2010.

Dated: April 21, 2010          _____
United States District Court Judge

1

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31521153

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On April 16, 2010, I served the foregoing document described as **[PROPOSED] ORDER RE:  CASE MANAGEMENT CONFERENCE** on all interested parties in this action:

[ X ]    (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2010, at Los Angeles, California.


               /s/
            Yuval M. Rogson

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31521153