1

BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com

2

RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com

3

KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600

4

Los Angeles, California  90067-3012
Telephone:  310.788.4400

5

Facsimile:  310.788.4471

6

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,

7

Yotam Stern, and Moshe Amit

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

11

12

YUVAL LAPINER, Individually and on
Behalf of All Other Similarly Situated,

**Case No. 08-cv-01327-MMC**

13

Plaintiff,

~~[PROPOSED]~~ **ORDER RE:  CASE**
**MANAGEMENT CONFERENCE**

14

CAMTEK, LTD., RAFI AMIT, RONIT

15

DULBERG, YOTAM STERN and MOSHE
AMIT

16

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31525862

1

**[PROPOSED] ORDER**

2

IT IS HEREBY ORDERED THAT:

3

The Case Management Conference currently scheduled for July 9, 2010 shall be continued

4

until ~~August 20, 2010.~~   September 10, 2010.   A Joint Case Management Statement shall be filed no later than September 3, 2010.

5

6

Dated: June _4_ , 2010

_____

United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31525862