BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | Case No. 08-cv-01327-MMC<br><br>[~~PROPOSED~~] ORDER RE: CASE MANAGEMENT CONFERENCE |

No. 08-cv-01327-MMC
[~~PROPOSED~~] ORDER
31533420

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for September 10, 2010 shall be continued until November 5, 2010.

Dated: August 12, 2010

_____
United States District Court Judge