BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT <br><br> Defendants. | **Case No. 08-cv-01327-MMC** <br><br> [PROPOSED] **ORDER RE:  CASE MANAGEMENT CONFERENCE** |

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31539711

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for November 5, 2010 shall be continued until January 14, 2011.

Dated: October _8_, 2010

_____
United States District Court Judge