1  BRUCE G. VANYO (SBN: 60134)
   EMAIL: bruce.vanyo@kattenlaw.com
2  RICHARD H. ZELICHOV (SBN: 193858)
   EMAIL: richard.zelichov@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, California  90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants
   Camtek, Ltd., Rafi Amit, Ronit Dulberg,
7  Yotam Stern, and Moshe Amit

8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                    **(SAN FRANCISCO DIVISION)**

11

| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>**[PROPOSED]  ORDER RE:  CASE MANAGEMENT CONFERENCE** |
|---|---|

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for January 14, 2011 shall be continued until March 11, 2011.

Dated: December _8_, 2010

_____
United States District Court Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On December  6, 2010, I served the foregoing document described as **[PROPOSED] ORDER RE:  CASE MANAGEMENT CONFERENCE** on all interested parties in this action:

[ X ]    (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2010, at Los Angeles, California.


　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Yuval M. Rogson

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31550634