BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | **Case No. 08-cv-01327-MMC**<br><br>~~[PROPOSED]~~ **ORDER RE:  CASE MANAGEMENT CONFERENCE** |

~~[PROPOSED]~~ ORDER

Having ruled on the defendants' motion to dismiss, and provided plaintiff leave to amend by March 16, 2011,   IT IS HEREBY ORDERED THAT:

    The Case Management Conference currently scheduled for March 11, 2011 shall be continued until May 13, 2011.


Dated: February __3__, 2011                    _/s/ Maxine M. Chesney_____

                                                     United States District Court Judge