BRUCE G. VANYO (SBN: 60134)
EMAIL: bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN: 193858)
EMAIL: richard.zelichov@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Camtek, Ltd., Rafi Amit, Ronit Dulberg,
Yotam Stern, and Moshe Amit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT<br><br>Defendants. | Case No. 08-cv-01327-MMC<br><br>[PROPOSED] ORDER RE: STIPULATION ON: (A) THIRD AMENDED CONSOLIDATED COMPLAINT; AND (B) CASE MANAGEMENT CONFERENCE |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

A. Plaintiff shall file his third amended class action complaint by no later than April 1, 2011;

B. Defendants shall answer or otherwise respond to any third consolidated amended class action complaint by no later than May 16, 2011;

C. Plaintiff shall file his opposition to the motion to dismiss by no later than June 20, 2011;

D. Defendants shall file their reply in support of the motion to dismiss by no later than July 22, 2011;

E. Defendants' motion to dismiss shall be heard on August 5, 2011, or as soon thereafter as the matter may be heard;

F. The case management conference currently scheduled for May 13, 2011 shall be continued until September 30, 2011

Dated: March _9_, 2011

_____
United States District Court Judge

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31560286

1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Katten, Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On March 8, 2011, I served the foregoing document described as **[PROPOSED] ORDER RE: STIPULATION ON: (A) THIRD AMENDED CONSOLIDATED COMPLAINT; AND (B) CASE MANAGEMENT CONFERENCE** on all interested parties in this action:

[ X ]   (BY ELECTRONIC MAIL) I am personally and readily familiar with the firm's practice of collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused the foregoing document on this date to be filed electronically with the Clerk of the Court through ECF.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 8, 2011, at Los Angeles, California.

_____/s/_____
Yuval M. Rogson

No. 08-cv-01327-MMC
[PROPOSED] ORDER
31560286