```
 1  CHRISTOPHER LOVELL
    VICTOR E. STEWART
 2  LOVELL STEWART HALEBIAN JACOBSON LLP
    61 Broadway, Suite 501
 3  New York, New York 10110
    Telephone:  (212) 608-1900
 4  Facsimile:   (212) 719-4677

 5  Lead Counsel for Plaintiff

 6  ROBERT C. SCHUBERT S.B.N. 62684
    WILLEM F. JONCKHEER S.B.N. 178748
 7  DUSTIN L. SCHUBERT S.B.N. 254876
    SCHUBERT JONCKHEER & KOLBE LLP
 8  Three Embarcadero Center, Suite 1650
    San Francisco, CA 94111
 9  Telephone: (415) 788-4220
    Facsimile: (415) 788-0161
10
    Local Counsel for Plaintiff
11
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN, and MOSHE AMIT,<br><br>Defendants. | Master File No. C 08-01327 MMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED]** **ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS, AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Maxine M. Chesney |

(["PROPOSED"] struck through)

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT:

A. Plaintiff's deadline to file his opposition to defendants' motion to dismiss the Third Consolidated Amended Class Action Complaint is extended from June 20, 2011 until July 8, 2011;

B. Defendants' deadline to file their reply brief in support of their motion to dismiss the Third Consolidated Amended Class Action Complaint is extended from July 22, 2011 until August 12, 2011;

C. Defendants' motion to dismiss currently scheduled for August 5, 2011 shall be continued until August 26, 2011, or as soon thereafter as the matter may be heard;

D. The case management conference currently scheduled for September 30, 2011 shall be continued until November 18, 2011.

Dated:   June 21, 2011

_____
MAXINE M. CHESNEY
United States District Court Judge

STIPULATION MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS THE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, AND CONTINUING CASE MANAGEMENT CONFERENCE
Master File No. C 08-01327 MMC

1