IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT,<br><br>  Defendants. | No. C 08-01327 MMC<br><br>**ORDER VACATING AUGUST 26, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

   Before the Court is defendant Camtek, Ltd., Rafi Amit, Ronit Dulberg, Yotam Stern, and Moshe Amit's (collectively, "defendants") motion, filed May 16, 2011, to dismiss plaintiff Yuval Lapiner's ("plaintiff") Third Amended Consolidated Class Action Complaint ("TAC"). Plaintiff has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for August 26, 2011.

   **IT IS SO ORDERED.**

Dated: August 22, 2011

MAXINE M. CHESNEY
United States District Judge