IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUVAL LAPINER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

CAMTEK, LTD., RAFI AMIT, RONIT DULBERG, YOTAM STERN and MOSHE AMIT,

        Defendants.
_____/

No. CV- 08-1327 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motion to dismiss is hereby GRANTED, and the above-titled action is hereby DISMISSED.

Dated: August 31, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk